United States Bankruptcy Court for the:

**Eastern District of Kentucky**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | Inmet Mining, LLC |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 84-2771693 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 144 E.  Marketplace Blvd. | |
| Number        Street | Number        Street |
| | P.O. Box |
| Knoxville          TN    37922 | |
| City                    State    ZIP Code | City              State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Knox County | |
| County | Number        Street |
| | |
| | City              State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | Inmet Mining, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

2121

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____ When _____ Case number _____
                                              MM / DD / YYYY

           District _____ When _____ Case number _____
                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____ Relationship _____

           District _____ When _____
                                                        MM / DD / YYYY

           Case number, if known _____

| Debtor | Inmet Mining, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number        Street

_____

_____
City                                 State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

| | **Statistical and administrative information** |
|---|---|

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☑ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor    Inmet Mining, LLC
_____    Case number *(if known)*_____
Name

**16. Estimated liabilities**

☐ $0-$50,000  ☐ $1,000,001-$10 million  ☐ $500,000,001-$1 billion
☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million  ☑ $100,000,001-$500 million  ☐ More than $50 billion

---

| **Request for Relief, Declaration, and Signatures** |

**WARNING** --  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/05/2023
MM  / DD / YYYY

✖ /s/ Jeffrey Strobel _____    Jeffrey Strobel _____
Signature of authorized representative of debtor    Printed name

Title  Chief Restructuring Officer _____

**18. Signature of attorney**

✖ /s/ Jeffrey Phillips _____    Date  04/05/2023
Signature of attorney for debtor    MM  / DD / YYYY

Jeffrey Phillips _____
Printed name
Steptoe & Johnson PLLC _____
Firm name
100 W. Main St. Suite 400 _____
Number        Street
Lexington _____  KY      40507 _____
City    State    ZIP Code

859-219-8210 _____  jeff.phillips@steptoe-johnson.com
Contact phone    Email address

92825 _____  KY _____
Bar number    State

**United States Bankruptcy Court**

IN RE:                                                    Case No._____

Inmet Mining, LLC
_____    Chapter  _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Industrial Minerals Group, LLC<br>144 E.  Marketplace Blvd., Knoxville, TN 37922 | 100 | Other (Sole Member) |

**Fill in this information to identify the case:**

Debtor name _____Inmet Mining, LLC_____

United States Bankruptcy Court for the: _Eastern District of Kentucky_

Case number (If known):    _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Blackjewel Liquidation Trust 999 17th Street Suite 700 Denver, CO, 80202 | | Unpaid Scheduled Payments | | | | 15,638,355.51 |
| 2 | Cumberland Surety, Inc. 200 N. Upper Street Lexington, KY, 40507 | | | | | | 3,722,407.96 |
| 3 | Penn Virginia Operating Co, LLC Seven Sheridan Square Suite 400 Kingsport, TN, 37660 | | | | | | 2,789,139.99 |
| 4 | NRP, LLC 5260 Irwin Road Huntington, WV, 25705 | 304-522-5700 | | | | | 1,715,401.94 |
| 5 | Caterpillar Financial Service PO Box 730681 Dallas, TX, 75373 | 800-651-0567 | | | | | 1,307,248.15 |
| 6 | Kentucky Department of Revenue P O Box 491 Frankfort, KY, 40619 | | | | | | 944,109.35 |
| 7 | Pinnacle Financial Partners Bank 150 Third Avenue  South Suite 900 Nashville, TN, 37201 | | Paycheck Protection Program | | | | 844,195.28 |
| 8 | Phillips Global, Inc. 367 George St Beckley, WV, 25801 | 304-658-5201 | | | | | 582,935.14 |

| Debtor | Inmet Mining, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | US Department of Labor | | | | | | 550,000.00 |
| 10 | Combs Equipment Group, LLC<br>PO Box 573<br>Pineville, KY, 40977 | | | | | | 325,000.00 |
| 11 | BCBS of Tennessee<br>Group Receipts Dept<br>PO Box 6539<br>Carol Stream, IL, 60197 | (888) 924-2271 | | | | | 269,423.38 |
| 12 | Newbridge Services Inc.<br>200 N. Upper Street<br>Lexington, KY, 40507 | | | | | | 168,941.62 |
| 13 | Obadiah Contracting & Excavation, LLC<br>459 Raleigh Drive<br>Partridge, KY, 40862 | | | | | | 149,280.50 |
| 14 | Kopper Glo Mining LLC<br>144 E.  Marketplace Blvd.<br>Knoxville, TN, 37922 | | | | | | 97,651.89 |
| 15 | Shaw Heavy Equipment<br>404 East Fourth Street<br>Sparta, IL, 62286 | 618-443-6560 | | | | | 83,118.04 |
| 16 | Blue Tarpon Capital, LLC<br>1415 Louisiana Street STE 2400<br>Houston, KY, 77002 | | | | | | 62,833.32 |
| 17 | Aquatic Resources Managment, LLC<br>2554 Palumbo Drive<br>Lexington, KY, 40509 | | | | | | 33,045.00 |
| 18 | United Industrial Services. Inc.<br>PO Box D<br>1010 Spruce Street<br>Rich Creek, VA, 24147 | 540-726-+9512 | | | | | 32,048.00 |
| 19 | Jones Oil Company, Inc<br>PO Box 3427<br>Pikeville, KY, 41502 | | | | | | 32,036.38 |
| 20 | GardaWorld Security Services<br>PO Box 843886<br>Kansas City, MO, 64184 | | | | | | 20,726.69 |

United States Bankruptcy Court

Eastern District of Kentucky

In re:  Inmet Mining, LLC

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____04/05/2023_____

/s/ Jeffrey Strobel
_____
Signature of Individual signing on behalf of debtor

Chief Restructuring Officer
_____
Position or relationship to debtor

A and I Machine Hydraulic
14547 Highway 190
Pineville, KY 40977

AAA Mine Service, Inc.
18 Mountain View Dr.
Hazard, KY 41701

Access Cable Television, Inc.
302 Enterprise Dr.
Somerset, KY 42501

ACIN
5260 Irwin Rd.
Huntington, WV 25705

Action Auto Supply
6298 Highway 15
Whitesburg, KY 41858

ADT Security Services
P O box 371878
Pittsburgh, PA 15250

Advance Auto Parts
1310 East Main Street
Cumberland, KY 40823

Advanced Auto Parts - Cumberland
1310 East Main Street
Cumberland, KY 40823

AirMed Care Network
13071 HWY 119 S
Partridge, KY 400862

Alliance Benefit Group
7425 Hollister Street
Houston, TX 77040

ALLIANCE SERVICE INC.
1717 SOUTH BOULDER AVE, SUITE 400
Tulsa, OK 74119

Alpha Technologies, Inc.
PO Box 1114
Scott Depot, WV 25560

Altec
23422 Mill Creek Drive
Suite 225
Laguna Hills, CA 92653

American Concrete Group, LLC
PO Box 708
41234 West Morgan Ave
Pennington Gap, VA 24277

American Express
PO Box 650448
Dallas, TX 75265

American Junior Golf Association
5260 Irwin Rd
Huntington, WV 25705

American Mine Power, Inc.
PO Box 1602
Crab Orchard, WV 25827

American Mine Research, Inc.
PO Box 234
12187 North Scenic HWY
Rocky Gap, VA 24366

AmeriGas Propane LP
460 North Gulph Road
King of Prussia, PA 19406

Anderson Equipment Company
1000 WASHINGTON PIKE
Bridgeville, PA 15017

Andy Sharrett
953 Greenleaf Rd
Jonesville, VA 24263

Anthony Worley
315 Bell Ave
Appalachia, VA 24216

Appalachian Mine Supplies, Inc.
PO Box 247
Pounding Mill, VA 24637

Appalachian Technical Services, Inc.
PO Box 3537
Wise, VA 24293

Aquatic Resouces Mangement, LLC
2554 Palumbo Drive
Lexington, KY 40509

Aquatic Resources Managment, LLC
2554 Palumbo Drive
Lexington, KY 40509

ARAMARK
PO BOX 731676
Dallas, TX 75373

Arch Resources, Inc.

Argonaut Insurance Company
654 Main Street
Rockwood, PA 15557

Arlie E Boggs Elementary School
1099 State HWY 806
Eolia, KY 40826

Arrow Gas & Oil, Inc.
270 Midway Lane
Oak Ridge, TN 37830

Artemis Consulting Services, LLC
PO Box 1085
Abingdon, VA 24212

Ashby & Geddes
500 Deleware Ave
Wilmington, DE 19899

Ashland
PO Box 116232
Atlanta, GA 30368

AT&T
PO Box 105262
Atlanta, GA 30348

Austin Powder
PO Box 6049
Cleveland, OH 44194

AW Chesterton Company
860 Salem St
Groveland, MA 01834

B&B Auto Repair
1672 HWY 421
Bledose, KY 40810

B&D Mine Supply, Inc.
3773 Highway 38
Harlan, KY 70831

B&F Parts and Service
PO Box 1966
Cedar Bluff, VA 24609

B&M Machine Shop, Inc.
PO BOx 571
Harrogate, TN 37752

B&M Repair Inc.
PO Box 4546
Chapmanville, WV 255008

Ball Heating and Air Conditioning, Inc.
PO Box 168
Baxter, KY 40806

BALL OFFICE MACHINES, INC
55 THOMPSON BRANCH ROAD
CAWOOD, KY 400815

BCBS of Tennessee
Group Receipts Dept
PO Box 6539
Carol Stream, IL 60197

Belt Tech Inc.
PO Box 608
Bluefield, VA 24605

Better Air Heating & Cooling
204 West Main Street
Appalachia, VA 24216

Big Stone Glass, Inc.
PO Box 396
Big Stone Gap, VA 24219

Big Valley Seeding, Inc.
6689 Gate City Hwy
Bristol, VA 24202

Birtley Industrial Equipment
2333 Innovation Drive
Lexington, KY 40511

BKS Partners
Department 914
PO Box 4458
Houston, TX 77210

Black Fuel Energy, LLC
3649 Waterside Way
Louisville, TN 37777

Black Mountain Utility District
609 Four Mile Rd
Baxter, KY 40806

Blackjewel Liquidation Trust
999 17th Street
Suite 700
Denver, CO 80202

Blackjewel Liquidation Trust, LLC
David J. Beckman, Trustee
999 17th St., Suite 700
Denver, CO 80202

Blair Tire Sales
3309 Temple Hill Road
Erwin, TN 37650

Blossman Companies, Inc.
PO Drawer 1110
Ocean Springs, MS 39566

Blue Ridge Diesel Injection
1016 Delaware Street
PO Box 867
Salem, VA 77002

Blue Tarpon Capital, LLC
1415 Louisiana Street STE 2400
Houston, KY 77002

Bobby Fields
16646 Broad Street
St Paul, VA

Bobby Johnson
916 Goose Creek Rd
Neon, KY 41840

Boggs Construction Co., Inc.
DBA N2 Doors
11824 Lyons Fork Rd
Coeburn, VA 24230

Boyd Cat
2200 South Kentucky Ave
Corbin, KY 40701

Boyd Company
Whayne Supply
Department 8326
Elgin, IL 60122

Brandeis
Department 8013
Elgin, IL 60122

BreakThru Construction Co, Inc.
PO Box 108
Appalachia, VA 24216

Brenda D Wells
2923 Baker Road
Big Stone Gap, VA 24219

Bresee Trucking Company, Inc.
PO Box Drawer 520
Big Stone Gap, VA 24219

Breton Maggard

Brians Battery Service
PO Box 963
Harlan, KY 40831

Brooks Tire Service
PO Box 96
Fourmile, KY 40939

Buchanan Pump Service
PO Box 827
Pound, VA 24279

Buffie Fields
99 Robinson Rd
Somerville, AL 35670

Byron's Printing, Inc.
4430 Singleton Station Road
Louisville, TN 37777

C& B Blueprint, Inc.
824 6th Street
Huntington, WV 25071

C. Hunter Hobson
3271 Lakeside Drive
Lenoir City, TN 37772

Caleb Webb

Capital One

Capitol Corporate Services, Inc.
PO Box 1831
Austin, TX 78767

Carlos Phillips
11260 Bollgs Hollow Rd
Pound, VA 24279

Carlson Software, Inc.
33 E Second Street
Maysville, KY 41056

Carlton Scale
120 Lankmark Drive
Greensboro, NC 2749

Carmeuse Lime & Stone
PO Box 712604
Cincinnati, OH 45271

Carroll Engineering Co.
PO Box 741245
Atlanta, GA 30384

Carter Machine Company, Inc.
PO Box 751053
Charlotte, NC 28275

Cash
144E Market Place Blvd
Knoxville, TN 37922

Cash Metals & Recycling, LLC
PO Box 298
Grays Knob, KY 40829

Caterpillar Financial Service
PO Box 730681
Dallas, TX 75373

Caudill Seed
1402 W Main St
Lousiville, KY 40203

CED
1135 East 192 ByPass
London, KY 40741

Centrifugal & Mechanical Industries
24703 Network Place
Chicago, IL 60673

CERAMIC TECHNOLOGY, INC
606 WARDELL INDUSTRIAL PARK RD
CEDAR BLUFF, VA 24609

Chambers Funeral Home
Rt 49 Hafield Bottom
Matewan, WV 25678

CHAPTER 13 TRUSTEE EDKY
PO Box 1766
Memphis, TN 38101

Charles Burnett
149 Limestone Br Rd
Pineville, KY 40977

Charles Davidson
310 Logan Lane
Tazewell, TN 37879

Charles Hobson
144 E Market Place Blvd
Knoxville, TN 37922

Charles. H Hobson
12206 Springside Lane
Knoxville, TN 37922

Chemstream,Inc.
Environmine, Inc.
511 Railroad Ave
Homer City, PA 15748

Christopher McDowell
153 Elizabeth Lane
Barbourville, KY 40906

Chubb
PO Box 382001
Pittsburgh, PA 15250

Cincinnati Mine Machinery Co
PO Box 23128-0128
Cincinnati, OH 45223

City of Knoxville
Property Tax Office
PO Box 15001
Knoxville, TN 37901

Civil, LLC
287 Farmers Mill Road
Harlan, KY 40831

Claiborne County Clerk
PO Box 173
Tazewell, TN 37879

Classic Auto Glass
3201 General Carl Stiner HWY
PO Box 555
Lafollette, TN 37766

Clay County Kentucky Clerk
102 Richmond Rd.
Suite 101
Manchester, KY 40962

Clifford Berry, Jr.
15229 S HWY 421
Manchester, KY 40962

Coal Field Lumber Company, Inc.
PO Box 1656
Inez, KY 41224

Coal Mining Engineering Services, LLC
6250 Hurricane Road
PO Box 607
Wise, VA 24293

Coffman Oil Co., Inc.
PO Box 1241
Morristown, TN 37816

Cogar Manufacturing, Inc.
PO Box 498
Pearisburg, VA 24134

Combs Equipment Group, LLC
PO Box 573
Pineville, KY 40977

Comcast
PO Box 37601
Philadelphia, PA 19101

Comcast Business
PO Box 71211
Charlotte, NC 28272

Computers Etc.
130 Perimeter Park Drive
Suite E
Knoxville, TN 37922

Conn-Weld Industires, Inc.
PO Box 5329
Princeton, WV 24740

CONTINENTAL GLOBAL HANDLING LLC
438 Industrial Drive
Winfield, AL 35594

Conveyance, LLC
3280 Hageman Street
Cincinnati, OH 45241

CONVEYOR MANUFACTURING & SUPPLY
PO BOX 678
HOLDEN, WV 25625

Corby Robertson III

Corby Robinson III
Houston, TX 77002

Coulter & Justus, PC
9717 Cogdill Road
Suite 201
Knoxville, TN 37932

Craig Travis
780 Kevington Drive
London, KY 40744

Crescent Printery, Ltd
PO Box 39
Coeburn, VA 24230

Crider Heating and Air, LLC
54 Nolans Branch
Baxter, KY 40806

CS&C
PO Box 4003
Pikeville, KY 41502

CSX Transportation
PO Box 532652
Atlanta, GA 30353

Cumberland Heating
630 Patterson Road
Harrogate, TN 37752

Cumberland Mine Service, Inc
PO Box 394
Cumberland, KY 40823

Cumberland Surety, Inc.
200 N. Upper Street
Lexington, KY 40507

Cumberland Tourist Commission
506 W Main Street
Cumberland, KY 40823

Cumberland Valley Electric
PO Box 440
Gray, KY 40734

Cumberland Water Works
205 Kingdom Come Drive
Cumberland, KY 40823

CUMMINS INC
500 JACKSON ST M/C 60113
COLUMBUS, IN 47201

Curtis Scott
3706 Turky Creek
Inez, KY 41221

Custom Software Solutions
PO BOX 829
PRINCETON, WV 24740

D&M Distributing Inc.
PO Box 331617
Murfreesboro, TN 37133

D.G TRUCKING & EQUIPMENT
1282 ROBINSON CREEK RD
LILY, KY 40740

DaleRay Tank Service, Inc.
13441 Bristol HWY
Bristol, VA 24202

Dallas Hubbard
PO Box 226
Calvin, KY 40813

Damon Williams Trucking, Inc.
PO Box 518
Grays Knob, KY 40829

Danny Ray Simpson Jr.
114 Eula Gray St
Harlan, KY 40831

Darco Energy Management Corp
13 Cutter Circle
Bluffton, SC 29909

DAVE B. JORDAN, P.C.

David Creech
24570 N US HWY 119
Cumberland, KY 40823

David E. Lane, P.E.
5425 Glen Cove Drive
Knoxville, TN 37919

David Jackson
1766 Balkan Road
Pineville, KY 40977

David Patterson
PO Box 837
Clintwood, VA 24228

Davis Service and Towing Center
985 Lower Georges Fork Hollow
Clintwood, VA 24228

DBA D&R Lawn Care
Rick M Sage
315 Kildav Loop
Evarts, KY 40828

Dean Knuckles Enterprises, Inc.
PO Box 532
Pineville, KY 40977

Delaware Division of Revenue
820 N. French St.
Wilmington, DE 19801

Delaware Secretary of State
PO Box 5509
Binghamton, NY 13902

Department of Labor/MSHA
PO Box 790390
Saint Louis, MO 63179

Derrick R Hall
4250 HWY 840
Wallins, KY 40873

Diamond Consulting Services, LLC
PO Box 4207
Wise, VA 24293

Dinsmore and Shohl, LLP
PO Box 639038
Cincinnati, OH 45263

Division of Mine Permits
State of Kentucky
300 Sower Blvd
Frankfort, KY 40601

DJ'S RADIATOR SALES & SERVICE INC
PO BOX 2538
Coeburn, VA 24230

Don Hacker
420 Reeder Loop Rd
Barbourville, KY 40906

Dotson Mine Machine Repair
Paul D Dotson
2383 HWY 931 North
Whitesburg, KY 41858

Double R Trucking Company, Inc.
10136 Jefferson Rd
Coeburn, VA 24230

Dr. Abdul Kader Dahhan MD PSC
120 Professional Lane
Suite 101
Harlan, KY 40831

Drives & Conveyors
PO Box 399
Corbin, KY 40702

DTS Drug Testing Services
PO Box 314
Wise, VA 24293

DW PUMP ENTERPRISE, LLC
212 Roscommon Drive
Bristol, TN 37620

Dynatech Electronics, Inc.
PO Box 884
Harlan, KY 40831

E Dillon & Co
PO Box 160
Swords Creek, VA 24649

Eastern Screens & Drives, Inc.
470 Adams Road
Pikeville, KY 41501

EKCC Training Facility
146 College Road
Cumberland, KY 40823

Elgin Separation Solutions
5595 HWY 34 North
Raleigh, IL 62977


Empower Retirement Services


EnerSys
PO Box 601164
Charlotte, NC 28260


Enterprise Waste Oil Co, Inc.
5201 North Middlebrook Pike
Knoxville, TN 37921


Eriez Manufacturing Co
2200 Asbury Rd
Erie, PA 16506


Evan's Equipment Inc.
401 N. Outer Rd
Concordia, MO 64020


Eversole Heirs
PO Box 747
Harlan, KY 40831


EZ Haul, Inc.
8133 US HWY 23 South
Pikeville, KY 41501


FedEx Freight
P.O. Box 223125
Pittsburgh, PA 15251


FloMin Coal, Inc.
PO Box 405655
Atlanta, GA 30384


FLSMIDTH, Inc.
Charleston Operations
16002 Winfield Road
Fraziers Bottom, WV 25082


Fox Toyota
228 Fox Family Lane
Clinton, TN 37716


Frost Brown Todd, LLC
PO Box 70087
Louisville, KY 40270

Gainwell Engeneering Inc.
PO Box 57
Hico, WV 25854


Gambrel & Wilder Law Offices, PLLC
1222 1/2 N Mian Street, Ste 2
London, KY 40741


GardaWorld Security Services
PO Box 843886
Kansas City, MO 64184


GARY RUTHERFORD
5831 Luray Lane
Pound, VA 24279


General Engineering Company
26485 Hillman HWY
PO Box 549
Abingdon, VA 24212


George & Company Tax Consulting
594 Rose Jones Lane
London, KY 40744


Gibson Welding & Machine Inc.
7936 Carter Branch Road
Wise, VA 24293


Gilliam Consulting Services, LLC
630 HWY 160
Premium, KY 41845


GMS Mine Repair & Mainteance
32 Enterprise Drive
Oakland, MD 21550


Golden Logging, Inc.
PO Box 125
Artemus, KY 40903


Goodpasture Morto Co, Inc.
4965 Lee Highway
Bristol, VA 24202


GRACE EQUIPMENT COMPANY
PO BOX 2157
WILLIAMSON, WV 25661

Grainger
Dept 886858378
PO Box 419267
Kansas City, MO 64141

Gress Engineering PC
PO Box 245
Bluefield, VA 24605

H&E Electric
461 Table Rock Road
Beaver, WV 25813

Harlan 2 Way, Inc.
2415 W Hwy 72
Harlan, KY 40831

Harlan Community Television, Inc.
124 S 1st ST
Harlan, KY 40831

Harlan Countians for Progress
200 Waldon Road
Suite 1
Harlan, KY 40831

Harlan County Clerk
PO Box 670
Harlan, KY 40831

Harlan County Clerk

Harlan County Clerk's Office
PO Box 670
Harlan, KY 40831

Harlan County High School
4000 North US 119
Baxter, KY 40806

Harlan County Sheriff
PO BOX 978
HARLAN, KY 40831

Harlan Glass Services, Inc.
PO Box 726
Harlan, KY 40831

Harlan Little League
PO Box 1005
Harlan, KY 40831

Harlan Newsmedia LLC
PO Box 2658
Middlesboro, KY 40965

Harlan Port-O-John Co, Inc.
PO Box 1386
Harlan, KY 40831

Harlan Tourist & Convention Commission
PO Box 489
Harlan, KY 40831

Hayes Instrument Co LLC
502 S Cannon Blvd
Shelbyville, TN 37160

Head Investmestment Partners
2280 VALLEY VISTA WAY
SUITE 103
Knoxville, TN 37922

HEH Enterprise, LLC
10227 Coeburn Mountain Rd
Wise, VA 24293

Heritage Propane
945 N Highway 413
Baxter, KY 40806

Highland Industries
PO Box 1190
Oak Hill, WV 25901

Hill's Machine Shop, Inc.
526 HWY 3403
Partridge, KY 40862

Hills Fuel Trucking, Inc.
PO Box 148
Fries, VA 24330

Holden Machine & Fabrication, Inc.
PO Box 678
Holden, WV 25625

Holland & Knight LLP
10 St. James Ave
Boston, MA 02116

Holmes Mine Resuce Association - Unified
Lewis McCoy
PO box 1078
Pound, VA 24279

Holston Gases
1854 N Hwy 25 W
Williamsburg, KY 40769

HOWARD ENGR. & GLY., INC.
PO BOX 271
Harlan, KY 40831

Howard Heating and Air Conditioning, Inc.
PO Box 569
Baxter, KY 40806

Howard Law Firm, PLC
107 North Walnut Street
PO Box 633
Pineville, KY 40977

Hughes Network Systesms, LLC
PO Box 96874
Chicago, IL 60693

Hunter Hobson
3271 Lakeside Dr
Lenoir City, TN 37772

Hurberries, Inc.
516 Grove Street
PO Box 210
Coeburn, VA 24230

Hydra Power
PO Box 539
Tazewell, VA 24651

IDEAL FLORIST & GIFTS
231 EAST CENTRAL AVE
PO BOX 1207
La Follette, TN 37766

IMR
233 Owens Branch Rd
Slemp, KY 41763

Indemnity National Insurance Company
238 Bedford Way
Franklin, TN 37064

Industrial Maintenace Repair, Inc.
642 Bee Hive Rd
Slemp, KY 41763

Industrial Minerals Group LLC
144 E.  Marketplace Blvd.
Knoxville, TN 37922

INDUSTRIAL SUPPLY CO
PO BOX 1906
KNOXVILLE, TN 379001

Ingersoll Rand Company
3200 Northwest Park Drive
Knoxville, TN 37921

Innovative Wireless Technologies, Inc.
1100 Main Street
Lynchburg, VA 24504

Internal Revenue Service
Centralize Insolvency
P O Box 7346
Philadelphia, PA 19101

IPFS Corporation
24722 Network Place
Chicago, IL 60673

Irvin Construction Services, Inc.
252 Cinnamon Run
Wytheville, VA 24832

J&L Bit Service, LLC
PO box 267
Pennington Gap, VA 24277

J-Jireh Contracting, Inc.
PO Box 861
Coeburn, VA 24230

J. HALL, INC.
P.O. BOX 128
BARBOURVILLE, KY 40906

J.C.Electric Co, Inc.
PO Box 1099
Beaver, WV 25813

JABO SUPPLY CORP
AR DEPARTMENT
PO BOX 238
Huntington, WV 25707

JADCO Manufacturing, Inc.
PO Box 465
Zelienople, PA 16063

James A. Davis
148 Davis Road
Manchester, KY 40962

James C. Whaley
322 Given Ave
Lexington, KY 40502

Jason Powers
132 Stacey Lane
Evarts, KY 40828

Jason Prater
1834 Beechwood Ct
Alcoa, TN 37701

Javelin Global Commodities (UK) Ltd.
Black Mountain Marketing and Sales LP
3 Columbus Circle 15th Floor
New York, NY 10019

Jeffery D. Smith
PO Box 385
Cawood, KY 40815

Jeffrey Strobel
17688 W Hampton Woods Dr
Chesterfield, MO 63005

Jennmar Corp of VA, Inc.
PO Box 640339
Pittsburgh, PA 15264

JEREMY OLIVER
392 HOSKINS CEMETERY RD
London, KY 40741

Jerome K Howard
12114 HWY 522
Cumberland, KY 40823

Jerry Doan
169 Bicycle Rd
Keokee, VA 24265

JKL Transport
PO box 354
Mouthcard, KY 41548

Joe Ellis
2356 HWY 3001
Cawood, KY 40815

Joe Supple
801 Viand St.
Point Pleasant, WV 25550

John Hancock USA
PO Box 600
Buffalo, NY 14201

Johnny Branham
1770 Rakes Ridge Road
Birchleaf, VA 24220

Johnson Auto Parts
6190 HWY 90
Clairfield, TN 37715

JOHNSON CONTROLS US HOLDINGS LLC
5757 N GREEN BAY AVE
Milwaukee, WI 53209

Johnson Industries, Inc.
101 Pine Fork
Pikeville, KY 41501

Joseph Heating and Cooling
5107 Highway 406
Stinnett, KY 40868

Joseph Leonard
120 Bear Road
Keokee, VA 24265

JOY GLOBAL
PO Box 504794
Saint Louis, MO 63150

Judith Trucking, Inc.
PO box 4320
Pikeville, KY 41502

Justin Adams
152 Marlowe Rd
Whitesburg, KY 41858

K Y Industrial Sales, Inc.
PO Box 64
Duffield, VA 24244

K. Hatfield, LTD
PO Box 335
Grays Knob, KY 40829

Kanawha Scales and Systems Inc.
PO Box 569
Poca, WV 25159

Keith Dyke
144E Market Place Blvd
Knoxville, TN 37922

Kelles Greer Jr
52 Reddington Rd
Harlan, KY 40831

Ken's Towing and Services, LLC
PO Box 3845
Pikeville, KY 41502

Kennametal
442 Chalybeate Rd
Bedford, PA 15522

Kenneth Duff
149 Nance Lane
Evarts, KY 40828

Kentucky Community & Technical College System
C/O Melvin Dixon
164 Ball Park Road
Harlan, KY 40831

Kentucky Department of Environmental Protecti
300 Sower Blvd
Frankfort, KY 40601

Kentucky Department of Revenue
P O Box 491
Frankfort, KY 40619

Kentucky Drug Testing, Inc.
PO Box 43
Mayking, KY 41837

Kentucky Employment
Dept. of Revenue
P O Box 491
Frankfort, KY 40620

KENTUCKY GEM INC.
P. O. Box 517
Middlesboro, KY 40965

Kentucky Mine Safety and Health Administratio
300 Sower Bv.d
Frankfort, KY 40601

Kentucky Mine Supply Company
PO Box 779
Harlan, KY 40831

Kentucky River Properties, LLC
360 East Vine Street
Suite 310
Lexington, KY 40507

Kentucky State Treasurer
KY Department of Revenue
PO Box 491
Frankfort, KY 40602

KENTUCKY UTILITIES
ONE QUALITY STREET
Lexington, KY 40507

King Transport Company, Inc.
PO Box 466
Chavies, KY 41727

KJ Trucking & Rock Dust
2901 HWY 186
Middlesboro, KY 40965

Kleinschmidt, Inc.
PO Box 7158
Deerfield, IL 60015

Knox County Clerk
PO Box 1566
Knoxville, TN 37901

Knox County Trustee
PO Box 70
Knoxville, TN 37901

Kopper Glo Mining LLC
144 E.  Marketplace Blvd.
Knoxville, TN 37922

Kruggel Lawton CPA
317 W Franklin Street
Elkhart, IN 46516

KY Division of Child Support
Child Support Enforcement
PO Box 14059
Lexington, KY 40512

KY Reclamation Guaranty Fund
State of Kentucky
300 Sower Blvd
Frankfort, KY 40601

KY Severance Tax
State of Kentucky
P O Box 491
Frankfort, KY 40619

Kyle Cornett
132 Greenfield Road
Viper, KY 41774

L&M Trucking and Equipment Co., Inc.
362 Soggy Bottom
Clintwood, VA 24228

Lacy Price & Wagner, P.C.
249 North Peters Road
Suite 101
Knoxville, KY 37923

Lacy Price & Wagner, PC.
249 North Peters Road
Suite 101
Knoxville, TN 37923

Lamar Companies
PO Box 96030
Baton Rouge, LA 70896

Lance Cunningham Ford
4101 Clinton Hwy
Knoxville, TN 37912

Landauer
PO Box 809051
Chicago, IL 60680

Lawson Products, Inc.
8770 West Bryn Mawer Ave
Suite 900
Chicago, IL 60631

Lee County Treasurer
PO Box 70
Jonesville, VA 24263

Lee High School

Lee Supply Co, Inc.
PO Box 640335
Pittsburgh, PA 15264

Leslie County Clerk
P O box 916
Hyden, KY 41749

Letcher County Clerk's Office
156 Main St.
Suite 102
Whitesburg, KY 41858

Lhoist North America of Virginia, Inc.
5216 Paysphere Circle
Chicago, IL 60674

LM Wright Trucking, Inc.
PO Box 159
Isom, KY 41824

Logan Corporation
1126 20th Street
Huntington, WV 25703

Lonnie Evans

M & H Contractors, LLC
PO Box 1397
Olive Branch, MS 38654

M&D Electrical Supplies, Inc.
PO Box 1038
Hazard, KY 41702

Maggard Sales and Service
7915 South Fork Road
Pound, VA 24279

Malachi Chandel Young
228 Horseshoe Bend Rd
Redfox, KY 41847

Marcum Oil Company, Inc
27288 Wilderness Road
Jonesville, VA 24263

Margaret Eversole Edwards
1620 Travler Road
Lexington, KY 40504

Maria Trucking Co, Inc.
2858 Rose Ridge
Clintwood, VA 24228

Martin County High School
137 Holly Bush Rd
Inez, KY 41224

Martin Marietta Materials, Inc.
21042 HWY 160
Gordon, KY 41819

Marty Hatfield
735 Little White Oak Rd
Duff, TN 37729

Masstech Tire & Auto, LLC
PO Box 963
Harlan, KY 40831

MATTCO
65 Albert Lane
Harlan, KY 40831

McClung Logan Equipment Co, Inc.
PO Box 1158
Wise, VA 24293

McDowell Gear and Machine LLC
PO Box 1587
New Tazewell, TN 37824

McMaster-Carr
PO Box 7690
Chicago, IL 60680

Meade Tractor
2000 Tri Cities Crossing
Kingsport, TN 37663

Meridian IT, INC.
Nine Parkway North
Suite 500
Deerfield, IL 60015

MetLife
PO Box 783895
Philadelphia, PA 19178

Michael Booher
189 Dustys Way
Clintwood, VA 24228

Mid Mountain Heating & Cooling
1217 Orby Cantrell HWY
Appalachia, VA 24216

Mike Cook
84 Cookville Rd
Whitesburg, KY 41858

Mine Safety and Health Administration
PO Box 790390
St Louis, MO 63179

Mine Service Company, Inc.
Hwy 15 South
P.O. Box 858
Hazard, KY 41702

Mineral Labs, Inc.
PO Box 549
Salyersville, KY 41465

Mitch Bentey
PO Box 2636
Coeburn, VA 24230

MOBILE GLASS SERVICE LLC
PO BOX 1691
Harlan, KY 40831

Morris Coker Inc.
PO Box 1106
Beckley, WV 25802

Motion Industries
PO Box 404130
Atlanta, GA 30384

Mountain Construction Co.
PO Box 269
Grays Knob, KY 40829

Mountain Machinery, Inc.
PO Box 763
Virgie, KY 41572

Mountain Supply Company
Highway 421 South
Grays Knob, KY 40829

Moutian Air Compressor, Inc.
PO box 1888
Bristol, TN 37620

Moyers Transfer Moving & Storage
PO Box 1207
Middlesboro, KY 40965

MR Automotive, LLC
424A E 5th St N
Big Stone Gap, VA 24219

Municipal Equipment
6305 Shepherdsville Rd
Louisville, KY 40228

Nalco Company LLC
1601 West Diehl Road
Naperville, IL 60563

NATIONAL MINE RESCUE ASSOCIATION
PO BOX 1078
Pound, VA 24279

Newbridge Services Inc.
200 N. Upper Street
Lexington, KY 40507

Nicely's Delivery Service
PO Box 426
Mac Arthur, WV 25873

Norfolk Southern Railway
PO Box 532797
Atlanta, GA 30353

Norris Screen & Mfg, LLC
21405 Governor G.C. Peery Hwy.
Tazewell, VA 24651

NRP, LLC
5260 Irwin Road
Huntington, WV 25705

Obadiah Contracting & Excavation, LLC
459 Raleigh Drive
Partridge, KY 40862

Occumed Health Center
PO Box 746469
Atlanta, GA 30374

Office of Surface Mining, Reclamation & Enfor
PO Box 979068
St Louis, MO 63197

Office of the Reclamation Guaranty Fund
300 Sower Blvd
Frankfort, KY 40601

Ohio Transmission Corp
1302 N Engish Station Rd
Louisville, KY 40223

Ohio Valley Parts & Equipment, LLC
PO BOX 122
Worthville, KY 41098

P&P Construction, Inc.
PO Box 492
Dryden, VA 24243

P.B. DIRT MOVERS, INC.
PO BOX 10
Big Rock, VA 24603

Pace Analytical Services, LLC
PO Box 907
Madisonville, KY 42431

Pardee Resouces Company Agency Acct
PO Box 829794
Philadelphia, PA 19182

Parsley General Tire, Inc
2006 N Main St
London, KY 40741

Patton Contracting, LLC
PO Box 249
Clintwood, VA 24228

Paul Creech
24570 N US HWY 119
Cumberland, KY 40823

Paul"s Fan Company
3354 Southern Gap Rd
Grundy, VA 24614

Paylocity Corporation

Penn Virginia Operating Co, LLC
Seven Sheridan Square
Suite 400
Kingsport, TN 37660

Performance Drives, Inc
PO Box 1682
Richlands, VA 24641

Peters Equipment Company, LLC
PO Box 1050
Bluefield, VA 24605

Phillip S Hall Company, LLC
1555 Right Fork Maces Creek Rd
Viper, KY 41774

Phillips Global, Inc.
367 George St
Beckley, WV 25801

Phoenix First Response
25 Allegheny Square
Glassport, PA 15045

PHOENIX PROCESS EQUIPMENT CO
PO BOX 634996
Cincinnati, OH 45263

PHOENIX SCALE COMPANY, LLC
751 WEST KENWOOD AVENUE
Clarksville, IN 47129

PIke Mining Services, LLC
183 Tollage Creek
Pikeville, KY 41501

Pinnacle Financial Partners Bank
150 Third Avenue  South
Suite 900
Nashville, TN 37201

Pocahontas Royalties, LLC
PO Box 1517
800 Princeton Ave
Bluefield, WV 24701

POLYDECK SCREEN CORP
PO Box 602783
Charlotte, NC 28260

Poskas Oil & Supply Company, Inc.
180 Cavitts Creek Road
North Tazewell, VA 24630

Powell Valley Stone Co. Inc.
PO Box 10
Dryden, VA 24243

Precision Product Technologies, Inc.
325 Hedgerow Court
Kingsport, TN 37663

Premier Tank Solutions, LLC
PO Box 4276
Pikeville, KY 41502

Presley Trucking Co Inc
6409 Presley Blvd
Norton, VA 24273

Pro-Shield Security, Inc.
10889 HWY 15
Jeremiah, KY 41826

QUALITY CONVEYOR SOLUTIONS
971-B RUSSELL DRIVE
Salem, VA 24153

QUALITY MAGNETITE, LLC
PO BOX 671413
Dallas, TX 75267

R&S Fence Company
Robert Cress III
1749 Strawberry Patch Rd
Big Stone Gap, VA 24219

R.T. Welding & Fabricating, Inc.
PO BOX 1686
Harlan, KY 40831

Railroad Management Company IV, LLC
PO Box 679950
Dallas, TX 75267

Raleigh's Body Shop & Towing
Reggie A. Raleigh
5844 East HWY 221
Bledsoe, KY 40810

Randall Caudill
PO Box 406
Lynch, KY 40855

Red Bird Christian School Boosters
15420 S HWY 66
Beverly, KY 40913

Reeder Chevrolet
4301 Clinton Hwy
Knoxville, TN 37912

Repair King, Inc.
253 Lincoln Drive
Shinnston, WV 26431

Rex Coal Company
500 Hwy 179
Evarts, KY 40828

Rice Oil Company
708 W Central Avenue
PO Box 430
La Follette, TN 37766

Richwood Industries, Inc.
707 7th Street West
PO Box 1298
Huntington, WV 25714

Rick Raleigh
PO Box 4
Partridge, KY 40862

Ricky & Tammy McQueen
4526 Cloverlick Rd
Cumberland, KY 40823

Robert G Hinkle
DBA Hinkle Lumber, LLC
PO Box 471
Warfield, KY 41267

Robin McCarter
6536 Red Ashe Road
Knoxville, TN 37918

Rockwood Casualty Insurnace
654 Main Street
Rockwood, PA 15557

Rod Smith Law PLLC
108 1/2 Capitol Street
Suite 300
Charleston, WV 25301

Roger Gilliam
630 Highway 160
Premium, KY 41845

Rogers Petroleum
PO Box 1714
Morristown, TN 37816

Ron Bailey Trucking
Ronald Bailey
PO Box 310
Dryden, VA 24243

Ronald Johnson
1906 State Route 850
David, KY 41616

Roy Bright
PO Box 92
Norton, VA 24273

Russell Fleming
PO Box 435
Ermine, KY 41815

S & S Service Inc
PO Box R
Cumberland, KY 40823

S W Services, Inc.
2100 Industrial Blvd
Bristol, TN 37620

S&P Global
PO Box 848093
Dallas, TX 75284

S.E.P.T.I.C, Inc.
4404 Greenbrier Road
Haysi, VA 24256

SABIA, Inc.
10919 Technology Place Suite A
San Diego, CA 92127

SANDERS HAULING LLC
15 BOSS BINGHAM HOLLOW ROAD
Pineville, KY 40977

Sandra Rietman
3916 Valleybrook Dr
Knoxville, TN 37931

Sandvik Mining and Construction USA, LLC
Dept CH-10576
3200 Highlands Parkway SE Suite 200
Smyrna, GA 30082

Sara Campbell
DBA SSR, Four Star Village
641 Breeding Creek Rd
Redfox, KY 41847

Saylor Electric & Equipment Co, Inc
1418 Highway 2007
Wallins Creek, KY 40873

Schanabel Engineering, LLC
9800 JEB Stuart Pkwy
Suite 200
Glen Allen, VA 23059

Schanabel Engineering, LLC
PO Box 7422
Merrifield, VA 22116

Scott Insurance
PO Box 603438
Charlotte, NC 28260

SGS North America Inc.
248 Harrogate Industrial Drive
Harrogate, TN 37752

Shaw Heavy Equipment
404 East Fourth Street
Sparta, IL 62286

Shrewsbury Machine & Gear Inc.
PO Box 1120
Athens, WV 24712

Silver State Wire Rope & Rigging, INc.
8740 S Jones Blvd
Las Vegas, NV 89139

Singleton Smoke School
PO Box 145
Cottontown, TN 37048

Skye Equipment, LLC.
5175 NC Hwy 49 South
Asheboro, NC

Small Business Administration
600 Dr Martin Luther King Jr Place
Suite 188
Louisville, KY 40202

Smith Adjusting Inc
2931 Hultz Road
Catlettsburg, KY 41129

Smith Electrical Contractors, Inc.
PO Box 908
Gate City, VA 24251

SNF Mining Inc
PO Box 405655
Atlanta, GA 40565

Solenis LLC
PO Box 116232
Atlanta, GA 30368

Solid Steel Solutions, Inc.
120 Whitmer Park Road
PO Box 2342
Middlesboro, KY 40965

Southeast Service Inc.
142 Ronald Lane
Cumberland Gap, TN 37724

Southern Appalachian Mine Supply, Inc.
2805 Norhridge Drive
Athens, TN 37303

Southern Hills Consulting, LLC
Kevin Harris
91 River Bend Lane
Totz, KY 40870

Southern Tire Mart, LLC
800 HWY 98
Columbia, MS 39429

Southern Wholesale Supply, Inc.
165 Industrial Park Road
Harlan, KY 40831

Southwest Tool Rental
1675 Park Ave SW
Norton, VA 24273

SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Blvd E
Charleston, WV 25301

Sports Cafe & Catering
119 Eversole Street
Harlan, KY 40831

StaffSource, LLC
PO Box 52185
Knoxville, TN 37950

Stahura Conveyor Products, Inc.
PO Box 250
465 WIlliams Road
Lewisville, NC 27023

State Electric Supply Company
PO Box 890889
Charlotte, NC 28289

State of Virginia
Dept of Tax and Revenue
P O box 1115
Richmond, VA 23218

State of Virginia Division of Child Support E
PO Box 570
Richmond, VA 23218

Stephen Bunker
220 Carriage Lane
Bluefield, VA 24605

Stephen D. Lerner, Co-Counsel
201 E. Fourth St.
Suite 1900
Cincinnati, OH 45202

Steptoe & Johnson PLLC
P O box 1588
Charleston, WV 25326

Steven Harris

Steven Weaver
53 Post Office Road
Kettle Island, KY 40958

Strata Safety Products, LLC
8995 Rosewell Road
Suite 200
Atlanta, GA 30350

Stray Bullet Transportation, LLC
282 Letcher Circle
Bean Station, TN 37708

Sullivan Hazeltime Allison LLC
919 N Market Street
Suite 420
Wilmington, DE 19801

Tabor Machine Company, LLC
1176 Shelter Road
Oakvale, WV 24739

Tennessee Child Support
PO Box 305200
Nashville, TN 37229

Tennessee Department of Revenue
PO Box 14035
Knoxville, TN 37914

Tennessee Secretary of State
312 Rosa L Parks Ave
6th Floor Snodgrass Tower
Nashville, TN 37243

Terraces Office Park, LLC
8858 Cedar Springs Lane
Knoxville, TN 37923

The Bailey Company, Inc.
501 Cowan Street
Nashville, TN 37207

The Daniels Company
238 Markell Drive
Bluefield, WV 24701

The Hale Law Firm
PO Box 274
Raleigh, NC 27621

The Mountain Eagle
PO Box 808
Whitesburg, KY 41858

The Thaman Rubber Company
3280 Hageman Street
Cincinnati, OH 45241

Thermo Environmental Insturments, LLC
27 Forge Parkway
Franklin, MA 02038

Tim Gooden
PO Box 1177
Harlan, KY 40831

Tim Messer
PO Box 482
131 Curve Drive
Cumberland, KY 40823

TIM SHORT
1935 US HWY 25E
Middlesboro, KY 40965

Tim Turner
25739 N US HWY 119
Cumberland, KY 40823

TIMBERLINE BARNS, LLC
21680 WILDERNESS RD.
Rose Hill, VA 24281

Timothy Dotson

TLL Trucking INC
PO Box 3790
Wise, VA 24293

TN Depart of Labor & Workforce
PO Box 101
Nashville, TN 37202

Tony Lloyd
36 Warren Rd
Lot 8
Cumberland, KY 40823

Total Electric
247 Crescent Drive
Baxter, KY 40806

Town of Appalachia
PO Box 112
Appalachia, VA 24216

Travis Harness
597 Mill Branch Rd
Huntsville, TN 37756

Treasurer of Wise County
Commissioner of the Revenue
PO Box 1278
Wise, VA 24293

TREY K MINING AND ELECTRIC
PO BOX 235
Kimper, KY 41539

Tri City Little League, Inc.
PO Box 483
Benham, KY 40807

Tri City Septic Tank Cleaning & Excavating Se
484 Readi Mix Rd
Harlan, KY 40831

Tri State Rail Services, Inc.
PO Box 122
Worthington, KY 41183

Troxler Electronic Laboratories, Inc.
3008 East Cornwallis Road
PO Box 12057
Durham, NC 27709

United Central Industrial Supply Co, LLC.
PO Box 743849
Atlanta, GA 30374

United Industrial Services. Inc.
PO Box D
1010 Spruce Street
Rich Creek, VA 24147

Universal Environmental Services, LLC
411 Dividend Drive
Peachtree City, GA 30269

Universal Total Lubricants, Inc.
156 KY Oil Village
Betsy Layne, KY 41605

UNUM Life Insurance Company of America
PO Box 409548
Atlanta, GA 30384

US Army TARDEC Petroleum Laboratory
5085 U Avenue
New Cumberland, PA 17070

US Department of Labor

US Environmental Protection Agency Region 4
61 Forsyth St. SW
Atlanta, GA 30303

USI Insurance Services
PO Box 62889
Virginia Beach, VA 23466

Valley Mine Service, Inc
PO Box 57
Speedwell, TN 37870

VEDCO HOLDINGS INC
PO BOX 1198
Vansant, VA 24656

Velosio
PO Box 933191
Cleveland, OH 44193

Verizon
PO Box 15124
Albany, NY 12212

Verizon Wireless
PO Box 660108
Dallas, TX 75266

Vernon Lemar Trucking
PO Box 237
Grays Knob, KY 40829

Virginia Department of Mines Minerals and Ene
3405 Mountain Empire Rd
Big Stone Gap, VA 24219

Virginia Department of Taxation
PO Box 1777
Richmond, VA 23218

Virginia Department of Taxation
PO Box 27407
Richmond, VA 23261

Virginia Dept of Taxation
Withholding
PO Box 26644
Richmond, VA 23261

Virginia Division of Mined Land Reclamation
PO Drawer 900
Big Stone Gap, VA 24219

Virginia Electric Supply
PO Box 64
1234 Industrial Park Road
Duffield, VA 24244

Virginia Employment Commission
PO Box 27592
Richmond, VA 23261

Virginia Radioactive Materials Program
109 Governor Street
7th Floor
Richmond, VA 23219

W & B Fabricators, Inc.
PO Box 179
111 Enterprise Lane
Rocky Gap, VA 24366

W C Hydraulics, LLC.
172 Philpot Lane
Beaver, WV 25813

W&D Contractors
1848 Owens Branch Rd
Slemp, KY 41763

Waste Connections of KY
PO Box 808
Lily, KY 40740

Watkins Steel & Fabricating
500 S 30th Street
PO Box 1923
Middlesboro, KY 40965

WEIR INTERNATIONAL, INC.
1431 OPUS PLACE
SUITE 210
Downers Grove, IL 60515

Weir Resources, LLC
1431 Opus Place
Suite 210
Downers Grove, IL 60515

Wes Wilder
43 McGeorge Lane Spur
Pineville, KY 40977

Wesley Nelson
174 Clyde Ellis Dr
Pennington Gap, VA 24277

West Virginia Electrical Repair, LLC
PO Box 1022
Bluefield, VA 24605

West Virginia State Tax Department
PO Box 3852
Charleston, WV 25338

White Armature Works, Inc.
PO Box 330
Mallory, WV 25634

White Rocks Machine, LLC.
PO Box 12
Ewing, VA 24248

WHOLESALE BARNS& MORE LLC
12030 KY 225
BARFBOURVILLE, KY 40906

Willacoochee Indsutrial Fabrics, inc.
PO Box 457
1 Nasshville Mills Road
Nashville, GA 31639

Williams, Kilpatrick & True PLLC
3151 Beaumont Centre Circle, Suite 375
Lexington, KY 40513

Windstream
Kinetic Business
PO Box 9001908
Louisville, KY 40290

Wise County Treasurer
PO Box 1308
Wise, VA 24293

Woodway Stone Company
PO Box 307
Pennington Gap, VA 24277


Worldwide Equipment Inc
ProBilling & Funding Service
PO Box 2222
Decatur, AL 35609


WPP LLC
Natural Resource Partners Limited Parter
Lockbox 2495
Columbus, OH 43260


Wright Block & Precast, LLC
Wright Express Conveyor & Vulcanizing LL
PO Box 429
Dorton, KY 41520


XCal Tools - Beckly, LLC
230 Industrial Drive
Oak Hill, WV 25901


Xpress Cable & Repair
PO Box 1667
Coeburn, VA 24230


Xpress Conveyor & Vulcanizing, Inc
P O Box 1667
Coeburn, VA 24230


Xpress Service & Sales, Inc.
12744 Kingston Pike
Suite 202
Knoxville, TN 37934