## **Exhibit A**

### **Policies**

| Insurance Policies | | | |
|---|---|---|---|
| Coverage | Carrier | Policy Number | Effective Date |
| Commercial | Chubb | | |
| General | Chubb | | |
| Property | Chubb | | |
| Auto | Chubb | | |
| Umbrella | | | |
| Equipment | Chubb | | |
| Auto | Chubb | | |
| Pollution | | | |
| Liability | | | |
| Equipment | | | |
| Workers' Compensation | Rockwood Casualty Insurance Company | WC 455928 | 9/22/2022 |