# Exhibit B

## Surety Bonds

| Surety Bonds | | |
|---|---|---|
| Entity Holding Bond | Permit Associated with Bond | Amount of Bond |
| Indemnity National Insurance Company | All Inmet Permits | Total is approximately $37,000,000.00 |
| | | |
| | | |
| | | |
| | | |