# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **Inmet Mining, LLC** | ) Case No. 23-70113 |
| | ) |
| | ) |
| Debtor. | ) |
| | ) Honorable Gregory R. Schaaf |

## ORDER EXTENDING THE TIME WITHIN WHICH THE DEBTOR MUST FILE ITS SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS AND OTHER FILINGS

This came before this Court upon the motion (the "**Motion**")[1] of the Debtor; and appearing that the relief requested is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this Motion is a core proceeding pursuant to 28 U.S.C. § 157; and adequate notice of the Motion and opportunity for objection having been given, with no objection or requests for hearing having been filed, or all objections having been overruled, as the case may be; and it appearing that no other notice need be given; and after due deliberation and sufficient cause therefore, it is hereby:

1. ORDERED that the Motion is GRANTED.

2. ORDERED that the time within which the Debtors must (a) file their Schedules, Statements of Financial Affairs, and 2015.3 Reports, and (b) provide the Notice of Commencement, is extended until 30 days from the Petition Date, or May 5, 2023, without prejudice to the Debtor's right to seek further extensions of such deadline upon a showing of cause therefor.

---

[1] Capitalized terms used but not defined herein shall have the same meanings ascribed given to them in the Motion.

3. ORDERED that the Debtor is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

4. ORDERED that this Court shall retain exclusive jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

**TENDERED BY:**

/s/ Jeffrey K. Phillips
Jeffrey K. Phillips
**Steptoe & Johnson PLLC**
100 West Main Street, Suite 400
Lexington, Kentucky 40507
Tel: (859) 219-8210
E-mail: jeff.phillips@steptoe-johnson.com

-and-

Sarah C. Ellis (*pro hac vice* application forthcoming)
Arthur M. Standish (*pro hac vice* application forthcoming)
**Steptoe & Johnson PLLC**
707 Virginia Street East, Suite 1700
Charleston, West Virginia 25301
Tel: (304) 353-8127
Tel: (304) 353-8135
E-mail: sarah.ellis@steptoe-johnson.com
       art.standish@steptoe-johnson.com


**PROPOSED ATTORNEYS FOR
DEBTOR AND DEBTOR-IN-POSSESSION**

3

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Wednesday, April 12, 2023**
(grs)