IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Inmet Mining, LLC | ) Case No. 23-70113 |
| | ) |
| | ) |
| Debtor. | ) |
| | ) Honorable |

## ORDER ESTABLISHING NOTICE PROCEDURES
## MASTER SERVICE LIST, AND RELATED RELIEF

This matter having come for hearing on the Motion to Establish Notice Procedures, Master Service List, and Related Relief (the "**Motion**")[1] filed by the above-captioned debtor and debtor in possession (the "**Debtor**"), and the Court having determined that it is in the best interests of the Debtor, the Estate, its creditors, and all other parties in interest and that it does not prejudice the right of any party in interest in these cases to establish the procedures proposed by the Debtor, and it appearing that proper notice of the Motion was given, and it further appearing that no objections having been filed or any timely objections being hereby overruled, and the Court having reviewed the record and being otherwise sufficiently advised and having considered the same;

IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED in its entirety.

2. Subject to the terms of the Motion, the Debtor shall serve only those parties listed on the Master Service List, which shall be updated by the Debtor on a regular basis, as necessary. Any notice required to be served upon creditors and parties in interest in these cases shall be deemed to be adequately served when served on the parties listed on the current Master Service List and may be served by electronic mail to the extent permitted or agreed to by a party. The Certificate of Service shall state that service has been made on all parties listed on the Master

---

[1] Capitalized terms used herein but undefined shall have the meanings ascribed to them in the Motion.

Service List in accordance with the method established under CM/ECF Administrative Procedures and shall reference the date and version of the Master Service List.

3. This Order shall be without prejudice to the Debtor or any other party's right to propose alternative notice procedures at any later time in these cases.

**TENDERED BY:**

/s/ Jeffrey K. Phillips
Jeffrey K. Phillips
**Steptoe & Johnson PLLC**
100 West Main Street, Suite 400
Lexington, Kentucky 40507
Tel: (859) 219-8210
E-mail: jeff.phillips@steptoe-johnson.com

-and-

Sarah C. Ellis (*pro hac vice* application forthcoming)
Arthur M. Standish (*pro hac vice* application forthcoming)
**Steptoe & Johnson PLLC**
707 Virginia Street East, Suite 1700
Charleston, West Virginia 25301
Tel: (304) 353-8127
Tel: (304) 353-8135
E-mail: sarah.ellis@steptoe-johnson.com
          art.standish@steptoe-johnson.com

**PROPOSED ATTORNEYS FOR
DEBTOR AND DEBTOR-IN-POSSESSION**

2

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: **Wednesday, April 12, 2023**
(grs)