# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# PIKEVILLE DIVISION

| | |
|---|---|
| **IN RE:**<br><br>**INMET MINING, LLC,**<br><br><br>**Debtor.** | **Chapter 11**<br><br>**Case No. 23-bk-70113-grs** |

## MOTION TO ADMIT ANGELA L. BEBLO, ESQ. *PRO HAC VICE*

Mary Elisabeth Naumann respectfully moves this Court to admit Angela L. Beblo *pro hac vice* to the United States Bankruptcy Court for the Eastern District of Kentucky for the purpose of representing Inmet Mining, LLC in the above-captioned proceedings. In support of this Motion, and pursuant to Rule 83.2 of the Joint Local Rules for the Eastern and Western Districts of Kentucky, Movant represents as follows as set forth in the affidavit attached hereto as Exhibit A (the "Affidavit"):

1. Ms. Beblo is a Member with the law firm of Jackson Kelly PLLC, 500 Lee Street East, Suite 1600, Charleston, West Virginia 25301.

2. Ms. Beblo is a member in good standing of the bar of the State of West Virginia. Her Certificate of Good Standing is attached as Exhibit 1 to her Affidavit.

3. Ms. Beblo has not been disbarred, suspended from practice, or subject to other disciplinary action by any court, state, territory, or the District of Columbia.

4. Ms. Beblo has previously completed CM/ECF training and is currently authorized to file documents via the Cm/ECF system in the United States Bankruptcy Courts for the Northern

and Southern Districts of West Virginia as well as the United States District Courts for the Northern and Southern Districts of West Virginia.

5. Ms. Beblo consents to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

6. Ms. Beblo has tendered, or will immediately after entry of this Order tender, payment of the prescribed fee of $125.00 as ordered by the Court.

WHEREFORE, Mary Elisabeth Naumann respectfully requests that this Court enter an order admitting Angela L. Beblo to this Court *pro hac vice* and granting such other and further relief as the Court deems just and proper.

Dated: April 17, 2023

Respectfully submitted,

/s/ Mary Elisabeth Naumann
Mary Elisabeth Naumann (KY Bar # 88328)
Chacey R. Malhouitre (KY Bar # 91019)
JACKSON KELLY PLLC
100 W. Main Street, Ste. 700
Lexington, KY 40507
Telephone: (859) 255-9500
Facsimile: (859) 252-0688
E-mail: mnaumann@jacksonkelly.com
chacey.malhouitre@jacksonkelly.com
*Proposed Counsel for Inmet Mining, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will serve notice on all parties registered to receive notice in this case.

/s/ Mary Elisabeth Naumann
Mary Elisabeth Naumann (KY Bar # 88328)
JACKSON KELLY PLLC
100 W. Main Street, Ste. 700
Lexington, KY 40507
E-mail: mnaumann@jacksonkelly.com
*Proposed Counsel for Inmet Mining, LLC*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>INMET MINING, LLC,<br><br><br>**Debtor.** | **Chapter 11**<br><br>**Case No. 23-bk-70113-grs** |

### AFFIDAVIT OF ANGELA L. BEBLO

STATE OF WEST VIRGINIA

COUNTY OF KANAWHA

Angela L. Beblo, being duly sworn, states as follows:

1. I am a Member with the law firm of Jackson Kelly PLLC, 500 Lee Street East, Suite 1600, Charleston, West Virginia 25301, telephone number (304)-340-1377.

2. I am a member in good standing of the bar of the State of West Virginia. Attached as Exhibit 1 is a copy of a Certificate of Good Standing from the Supreme Court of West Virginia.

3. I have not been disbarred, suspended from practice, or subject to other disciplinary action by any court, state, territory, or the District of Columbia.

4. I hereby consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

5. I hereby certify that I have previously completed CM/ECF training on the use of the Court's electronic filing system and am currently authorized to file documents via the Cm/ECF system in the United States Bankruptcy Courts for the Northern and Southern Districts of West

Virginia as well as the United States District Courts for the Northern and Southern Districts of West Virginia.

Further Affiant sayeth naught.

_____
Angela L. Beblo

Sworn to and subscribed before me this 17ᵗʰ day of April, 2023.

My Commission Expires:
September 20, 2023

ID NO._____

_____
Notary Public, State of West Virginia

Vanessa M. Peery
Notary Printed Name

Official Seal
Notary Public, State of West Virginia
Vanessa Marie Peery
Jackson Kelly PLLC
500 Lee Street East
Suite 1600
Charleston, WV  25301
My Commission Expires September 20, 2023

**EXHIBIT 1**
<u>**Certificate of Good Standing**</u>

# WEST VIRGINIA STATE BAR

## Certificate of Good Standing

**Angela Linn Beblo - WVSB ID# 10345**

This is to certify that, according to the records of the West Virginia State Bar, Angela Linn Beblo, of CHARLESTON, WV, was admitted to practice law by the Supreme Court of Appeals of WV on October 5, 2006.

According to the records of the West Virginia State Bar, as of April 17, 2023, Angela Linn Beblo is currently an Active Member in good standing with the West Virginia State Bar.

Mary Jane Pickens, Esquire
Executive Director
The West Virginia State Bar

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**INMET MINING, LLC,**<br><br><br>**Debtor.** | **Chapter 11**<br><br>**Case No. 23-bk-70113-grs** |

## ORDER ADMITTING ANGELA L. BEBLO *PRO HAC VICE*

Upon review of the Motion to Admit Angela L. Beblo to this Court *pro hac vice* in the above-referenced proceedings, the Court hereby finds as follows:

1. Ms. Beblo is a member in good standing of the bar of the State of West Virginia.

2. Ms. Beblo will be subject to the disciplinary agency of the United States Bankruptcy Court, Eastern District of Kentucky.

3. Ms. Beblo shall be allowed to practice *pro hac vice* in the above-captioned proceedings upon payment of the prescribed fee, accompanied by a copy of this Order, to the Clerk of the U.S. District Court, Eastern District of Kentucky, P. O. Box 3704, Lexington, Kentucky 40588, pursuant to Rule 83.2 of the Joint Local Rules for the Eastern and Western Districts of Kentucky.

Tendered by:

/s/  Mary Elisabeth Naumann
Mary Elisabeth Naumann (KY Bar # 88328)
JACKSON KELLY PLLC
100 W. Main Street, Ste. 700
Lexington, KY 40507
E-mail:  mnaumann@jacksonkelly.com
*Proposed Counsel for Inmet Mining, LLC*