## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Inmet Mining, LLC | ) Case No. 23-70113-grs |
| | ) |
| | ) |
| Debtor. | ) |
| | ) Honorable Gregory R. Schaaf |

### STEPTOE & JOHNSON PLLC'S MOTION TO WITHDRAW
### AS COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION

Steptoe & Johnson PLLC, as proposed counsel for the above-captioned Debtor and Debtor in Possession (the "**Debtor**"), hereby moves this Court (the "**Motion**") pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 2002 for an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), authorizing Steptoe & Johnson PLLC to withdraw as counsel for the Debtor and Debtor in Possession. In further support of this Motion, the Debtor respectfully states:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334. The Debtor is continuing to operate and maintain its business as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. Venue of this proceeding and this Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409.

3. The statutory basis for relief requested herein is 11 U.S.C. § 105(a), "the court may issue any order, process, or judgement that is necessary or appropriate to carry out provisions" of the Bankruptcy Code.

## BACKGROUND

4. The Debtor commenced a chapter 11 case (the "**Chapter 11 Case**") by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code on April 5, 2023 (the "**Petition Date**"). Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor is operating its business and managing its affairs as a debtor-in-possession.

5. The Debtor sought out and employed Steptoe & Johnson PLLC as its counsel to represent it in the filing and bankruptcy process before this Court.

6. Steptoe & Johnson PLLC submitted an Application of Debtors for an Order Authorizing the Employment, Retention and Compensation of Steptoe & Johnson PLLC as Counsel for the Debtor and Debtor-in-Possession Effective Nunc Pro Tunc to the Petition Date as ECF Document # 34.[1]

7. Steptoe & Johnson PLLC subsequently submitted a Limited Debtors for an Order Authorizing the Employment, Retention and Compensation of Steptoe & Johnson PLLC as Counsel for the Debtor and Debtor-in-Possession Effective Nunc Pro Tunc to the Petition Date and Terminating on April 17, 2023.

8. Steptoe & Johnson PLLC provided legal services to the Debtor pre-petition and post-petition.

9. After the hearing before this Court on April 11, 2023, Steptoe & Johnson PLLC does not believe that its representation of the Debtor is any longer in its client's best interests, despite the Debtor's express desire to maintain representation by Steptoe & Johnson PLLC.

---

[1] Said application was denied solely on the basis of lack of an appropriate notice period and was to be re-noticed if Steptoe & Johnson PLLC were to remain in the case.

10. Accordingly, Steptoe & Johnson PLLC has advised the Debtor that it should retain substitute counsel. The Debtor has retained substitute counsel with the firm of Jackson Kelly PLLC.

11. Post-hearing, Steptoe & Johnson PLLC has spent significant time on substantive issues necessary for the case to proceed, as well as providing all information at its disposal to the substitute counsel.

12. Jackson Kelly PLLC is now fully engaged in representation of the Debtor; therefore, no harm will befall the Debtor nor will there be a delay in the case resulting from Steptoe & Johnson's withdraw as counsel.

**RELIEF REQUESTED**

13. Accordingly, Steptoe & Johnson PLLC requests that it be permitted to withdraw as counsel for the Debtor and Debtor in Possession.

**NOTICE AND OPPORTUNITY TO OBJECT**

10. Pursuant to Local Rule 2014-1, parties in interest shall have 14 days from the filing of this Application to object or the Court may enter an Order approving this Application without further notice or opportunity to object. If a party in interest timely and properly files an objection, the Debtors intend to present this Application for hearing on May 18, 2023 at 9:00 a.m. (prevailing Eastern Time) before the United States Bankruptcy Court for the Eastern District of Kentucky, 100 East Vine Street, Suite 200, Second Floor Courtroom, Lexington, Kentucky 40507. Notice of this Motion has been given to the Master Service List as approved by this Court in that certain Order Granting Motion to Establish Notice Procedures and Master Service List [Doc # 91].

**NO PRIOR REQUEST**

11. No prior Motion for the relief requested herein has been made to this Court or any other court.

**WHEREFORE**, Steptoe & Johnson PLLC respectfully requests that the Court allow its withdraw as counsel for the Debtor.

[*Signature page follows*]

Dated: April 20, 2023	Respectfully submitted,

/s/ Jeffrey K. Phillips
Jeffrey K. Phillips
**Steptoe & Johnson PLLC**
100 West Main Street, Suite 400
Lexington, Kentucky 40507
Tel: (859) 219-8210
E-mail: jeff.phillips@steptoe-johnson.com

-and-

Sarah C. Ellis (*pro hac vice* application forthcoming)
Arthur M. Standish (*pro hac vice* application forthcoming)
**Steptoe & Johnson PLLC**
707 Virginia Street East, Suite 1700
Charleston, West Virginia 25301
Tel: (304) 353-8127
Tel: (304) 353-8135
E-mail: sarah.ellis@steptoe-johnson.com
       art.standish@steptoe-johnson.com