**Fill in this information to identify the case:**

Debtor name: **INMET Mining, LLC**

United States Bankruptcy Court for the: Eastern District of Kentucky

Case number (if known): **23-70113-grs**

☒ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☒ Amended Schedule  **D and H**
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 6, 2023**       X _[signature]_
Signature of individual signing on behalf of debtor

JEFFREY W STROBEL
Printed name

CRO
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: **INMET Mining, LLC**

United States Bankruptcy Court for the: Eastern District of Kentucky

Case number (if known): **23-70113-grs**

☒ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**
- ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
- ☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A — Amount of claim (Do not deduct the value of collateral.) | Column B — Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** | **ACIN LLC/ Natural Resource Partners** (Creditor's Name) — Describe debtor's property that is subject to a lien: **UCC, financing, and/or fixture filings in VA and KY**. Describe the lien: (blank). Is the creditor an insider or related party? ☒ No  ☐ Yes. Is anyone else liable on this claim? ☒ No  ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). Date debt was incurred: (blank). Last 4 digits of account number: (blank). Do multiple creditors have an interest in the same property? ☐ No  ☒ Yes. Specify each creditor, including this creditor and its relative priority: 1. ACIN LLC/ Natural Resource Partners  2. Black Mountain Marketing and Sales. As of the petition filing date, the claim is: Check all that apply: ☐ Contingent  ☐ Unliquidated  ☐ Disputed | $1,715,402.04 | $0.00 |
| **2.2** | **Black Mountain Marketing and Sales** (Creditor's Name) — 425 Houston Street, Suite 400, Fort Worth, TX 76102 (Creditor's mailing address). Describe debtor's property that is subject to a lien: **See attached Fixed Assets Inventory List, including cost basis, depreciation, and net book value. No appraisals, etc. completed; listed Current Value is Cost Basis (excludes items 1-9 as are buildings).; ACIN LLC Lease; Penn Virginia Lease; "Owned Real Property" as set forth in Exhibit B of the Sale Order in In re Blackjewel, 19-bl-30289 (WVSB), Docket No. 1096, in Kentucky and Virginia.; Cave Branch Plant and Lone Mountain Plant**. Describe the lien: (blank). Is the creditor an insider or related party? ☒ No | $104,443,360.34 | $56,000,000.00 |

| Debtor | **INMET Mining, LLC** | Case number (if known) | **23-70113-grs** |
|---|---|---|---|
| | Name | | |

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Blue Tarpon Capital, LLC** | | | $116,150.03 | $5,000,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**1415 Louisiana Street**
**Suite 2400**
**Houston, TX 77002**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
See attached Fixed Assets Inventory List, including cost basis, depreciation, and net book value. No appraisals, etc. completed; listed Current Value is Cost Basis (excludes items 1-9 as are buildings).

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.4 | **Caterpillar Finance** | | | $1,643,412.23 | $5,000,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**2120 West End Avenue**
**Nashville, TN 37203**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
See attached Fixed Assets Inventory List, including cost basis, depreciation, and net book value. No appraisals, etc. completed; listed Current Value is Cost Basis (excludes items 1-9 as are buildings).

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Penn Virginia Operating Co., LLC** | **Describe debtor's property that is subject to a lien** | $3,000,000.00 | $5,000,000.00 |
|---|---|---|---|---|

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 3

| Debtor | **INMET Mining, LLC** | Case number (if known) | **23-70113-grs** |
|---|---|---|---|
| | Name | | |

**Creditor's Name**
**Seven Sheridan Square**
**Suite 400**
**Kingsport, TN 37660**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2019**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.

**Sale-lease back of plant**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  $110,918,324.64

**Part 2: List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Caterpillar Finance**<br>**PO Box 730681**<br>**Dallas, TX 75373** | Line **2.4** | |

**Fill in this information to identify the case:**

Debtor name: **INMET Mining, LLC**

United States Bankruptcy Court for the: Eastern District of Kentucky

Case number (if known): **23-70113-grs**

☒ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Hunter Hobson** | 3271 Lakeside Drive<br>Lenoir City, TN 37772<br>Only responsible for part of secured BMMS debt. | **Black Mountain Marketing and Sales** | ☒ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Industrial Minerals Group, LLC** | 144 E Market Place Blvd.<br>Knoxville, TN 37922 | **Caterpillar Finance** | ☒ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Industrial Minerals Group, LLC** | 144 E Market Place Blvd.<br>Knoxville, TN 37922 | **Black Mountain Marketing and Sales** | ☒ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Kopper Glo Mining** | 144 E Market Place Blvd.<br>Knoxville, TN 37922 | **Black Mountain Marketing and Sales** | ☒ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Hunter Hobson** | 3271 Lakeside Drive<br>Lenoir City, TN 37772<br>Only responsible for part of secured BMMS debt. | **Black Mountain Marketing & Sales** | ☐ D _____<br>☐ E/F _____<br>☒ G __2.54__ |
| 2.6 | **Industrial Minerals Group, LLC** | 144 E Market Place Blvd.<br>Knoxville, TN 37922 | **Black Mountain Marketing & Sales** | ☐ D _____<br>☐ E/F _____<br>☒ G __2.53__ |

| Debtor | **INMET Mining, LLC** | | Case number *(if known)* | **23-70113-grs** |
|---|---|---|---|---|

| | **Additional Page to List More Codebtors** | | | |
|---|---|---|---|---|
| | Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page. | | | |
| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| 2.7 | **Industrial Minerals Group, LLC** | **144 E Market Place Blvd.** <br> **Knoxville, TN 37922** | **Black Mountain Marketing & Sales** | ☐ D _____ <br> ☐ E/F _____ <br> ☒ G   **2.54** |
| 2.8 | **Kopper Glo Mining** | **144 E Market Place Blvd** <br> **Knoxville, TN 37922** | **Black Mountain Marketing & Sales** | ☐ D _____ <br> ☐ E/F _____ <br> ☒ G   **2.53** |
| 2.9 | **Kopper Glo Mining** | **144 E Market Place Blvd** <br> **Knoxville, TN 37922** | **Black Mountain Marketing & Sales** | ☐ D _____ <br> ☐ E/F _____ <br> ☒ G   **2.54** |

**MAILING LIST**

Hunter Hobson
3271 Lakeside Drive
Lenoir City, TN 37772

Kopper Glo Mining
144 E Market Place Blvd.
Knoxville, TN 37922