**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**PIKEVILLE DIVISION**

IN RE

INMET MINING, LLC                                                                 CASE NO. 23-70113

DEBTOR(S)

**ORDER**

The Schedules [ECF No. 201], filed with the Court on May 5, 2023, is defective as presented for the following reason(s):

- ☐ No case caption as required by FED. R. BANKR. P. 9004(b).

- ☐ Not executed under penalty of perjury by all Debtors as required by FED. R. BANKR. P. 1008.

- ☑ No certificate of service as required by FED. R. BANKR. P. 1009.

- ☐ Amendment not served on all creditors and parties in interest.

- ☐ Failure to serve a necessary party.

- ☐ Pursuant to KYEB LBR 1009-1 the Amendment needs to be accompanied by a separate mailing list identifying ONLY affected creditors or parties in interest.

- ☐ Service as indicated in the Amendment is insufficient. Creditors and/or parties in interest do not automatically receive notice via CM/ECF.

- ☐ Other

It is ORDERED that, within 14 days from the date of this Order, Debtor(s) shall file amended document(s) unless the Court for cause shown extends the period. Failure to comply with this Order may result in the dismissal of this case or the withholding of the discharge of Debtor(s) without further notice or hearing. This does not limit any party in interest from seeking contempt sanctions, dismissal of the case, or any other remedy for failure to comply with this Order.

_____
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
_Gregory R. Schaaf_
**Bankruptcy Judge**
Dated: Monday, May 8, 2023
(grs)