**Fill in this information to identify the case:**

Debtor name   INMET Mining, LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF KENTUCKY

Case number (if known)   23-70113-grs

☒ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☒ Amended Schedule   E/F and G
☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 27, 2023          X _____
                                       Signature of individual signing on behalf of debtor

                                       JEFFREY W STINOBEL
                                       Printed name

                                       CRO
                                       Position or relationship to debtor

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___INMET Mining, LLC___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF KENTUCKY___

Case number (if known) ___23-70113-grs___

☒ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:      List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Employees

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$382,513.50**  Priority amount: **$382,513.50**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.2** Priority creditor's name and mailing address
Internal Revenue Service
Centralize Insolvency
P.O. Box 7346
19101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$51,140.76**  Priority amount: **$51,140.76**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.3** Priority creditor's name and mailing address
Kentucky Department of Revenue
PO Box 491
Frankfort, KY 40619-0001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Total claim: **$3,199,693.18**  Priority amount: **$1,851,695.64**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | INMET Mining, LLC | | Case number (if known) | 23-70113-grs |
|---|---|---|---|---|
| | Name | | | |

**2.4** | Priority creditor's name and mailing address
Virginia DMME
3405 Mountain Empire Road
Big Stone Gap, VA 24219

As of the petition filing date, the claim is:    $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.**   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
Access Cable Television, Inc.
302 Enterprise Drive
Somerset, KY 42501

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim: __
Is the claim subject to offset?   ☒ No    ☐ Yes

**3.2** | **Nonpriority creditor's name and mailing address**
Action Auto Supply
6298 Highway 15
Whitesburg, KY 41858

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim: __
Is the claim subject to offset?   ☒ No    ☐ Yes

**3.3** | **Nonpriority creditor's name and mailing address**
Advance Auto
2635 East Millbrook Road
Raleigh, NC 27604

As of the petition filing date, the claim is: *Check all that apply.*    $3,007.68
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim:  Trade debt
Is the claim subject to offset?   ☒ No    ☐ Yes

**3.4** | **Nonpriority creditor's name and mailing address**
Alliance Service, Inc.
7908 N. Sam Houston Pwky
Suite 500
Houston, TX 77064

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim: __
Is the claim subject to offset?   ☒ No    ☐ Yes

**3.5** | **Nonpriority creditor's name and mailing address**
American Mine Power, Inc.
PO Box 1602
Crab Orchard, WV 25827

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim: __
Is the claim subject to offset?   ☒ No    ☐ Yes

**3.6** | **Nonpriority creditor's name and mailing address**
Aquatic Resources Management, LLC
2554 Palumbo Drive
Lexington, KY 40509

As of the petition filing date, the claim is: *Check all that apply.*    $106,261.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim:  Vendor
Is the claim subject to offset?   ☒ No    ☐ Yes

---

| Debtor | INMET Mining, LLC | Case number (if known) | 23-70113-grs |
|---|---|---|---|
| | Name | | |

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | ARAMARK | ☐ Contingent | |
| | PO Box 731676 | ☐ Unliquidated | |
| | Dallas, TX 75373 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $269,423.38 |
|---|---|---|---|
| | BCBS of Tennessee | ☐ Contingent | |
| | Group Receipts Department | ☐ Unliquidated | |
| | PO Box 6539 | ☐ Disputed | |
| | Carol Stream, IL 60197-6539 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15,805,502.00 |
|---|---|---|---|
| | Blackjewel Liquidation Trust | ☐ Contingent | |
| | c/o David J. Beckman, Trustee | ☐ Unliquidated | |
| | 999 17th Street, Suite 700 | ☒ Disputed | |
| | Denver, CO 80202 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Blair Tire Sales | ☐ Contingent | |
| | 3309 Temple Hill Road | ☐ Unliquidated | |
| | Erwin, TN 37650 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Blossman Companies, Inc. | ☐ Contingent | |
| | PO Drawer 1110 | ☐ Unliquidated | |
| | Ocean Springs, MS 39566-1110 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Blue Tarpon Capital, LLC | ☐ Contingent | |
| | 1415 Louisiana Street | ☐ Unliquidated | |
| | Suite 2400 | ☒ Disputed | |
| | Houston, TX 77002 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Boyd Cat | ☐ Contingent | |
| | 2200 South Kentucky Avenue | ☐ Unliquidated | |
| | Corbin, KY 40701 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Brandeis | ☐ Contingent | |
| | Department 80013 | ☐ Unliquidated | |
| | Carol Stream, IL 60122-8013 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| Debtor | INMET MINING, LLC | Case number (if known) | 23-70113-grs |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

BreakThru Construction Co., Inc.
PO Box 108
Appalachia, VA 24216

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Brian's Battery Service
PO Box 963
Harlan, KY 40831

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Brooks Tire Service
PO Box 96
Fourmile, KY 40939

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Buchanan Pump Serivce
PO Box 827
Pound, VA 24279

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Byron's Printing, Inc.
4430 Singleton Station Road
Louisville, TN 37777

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,150.01 |
|---|---|---|---|

Capital One, N.A.
c/o American Inforsource as agent
PO Box 71083
Charlotte, NC 28272

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Carroll Engineering Co.
PO Box 741245
Atlanta, GA 30384-1245

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Carter Machine Company, Inc.
PO Box 751053
Charlotte, NC 28275-1053

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Debtor | INMET Mining, LLC | | Case number (if known) | 23-70113-grs |
|---|---|---|---|---|
| | Name | | | |

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00
Chubb
PO Box 382001
Pittsburgh, PA 15250-8001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $325,000.00
Combs Equipment Group, LLC
PO Box 573
Pineville, KY 40977

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00
Conn-Weld Industries, Inc.
PO Box 5329
Princeton, WV 24740-5329

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00
CS&C
PO Box 4003
Pikeville, KY 41502

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00
Cumberland Mine Service, Inc.
PO Box 394
Cumberland, KY 40823

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,544,433.57
Cumberland Surety, Inc.
200 N. Upper Street
Lexington, KY 40507

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00
Damon Williams Trucking, Inc.
PO Box 518
Grays Knob, KY 40829

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00
Dean Knuckles Enterprises, Inc.
PO Box 532
Pineville, KY 40977

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | INMET Mining, LLC | Case number (if known) | 23-70113-grs |
|---|---|---|---|
| | Name | | |

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Double R Trucking Company, Inc.
10136 Jefferson Road
Coeburn, VA 24230

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Dr. Abdul Kader Dahhan MD PSC
120 Professional Lane
Suite 101
Harlan, KY 40831

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Dynatech Electronics, Inc.
PO Box 884
Harlan, KY 40831

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

EZ Haul, Inc.
8133 US HWY 23 South
Pikeville, KY 41501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $61,401.83

GardaWorld Security Services
PO Box 843886
Kansas City, MO 64184

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

General Engineering Company
26485 Hillman HWY
Abingdon, VA 24212

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $35,983.56

George & Company Tax Consulting Inc.
594 Rose Jones Lane
London, KY 40744

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Gibson Welding & Machinery Inc.
7936 Carter Branch Road
Wise, VA 24293

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Debtor | INMET MINING, LLC | Case number (if known) | 23-70113-grs |
|---|---|---|---|
| | Name | | |

---

**3.39**

**Nonpriority creditor's name and mailing address**
GMS Mine Repair & Maintenance
32 Enterprise Drive
Oakland, MD 21550

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$0.00

---

**3.40**

**Nonpriority creditor's name and mailing address**
Harlan Countians for Progress
200 Waldon Road
Suite 100
Harlan, KY 40831

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent

Is the claim subject to offset?  ☒ No  ☐ Yes

$20,000.00

---

**3.41**

**Nonpriority creditor's name and mailing address**
Holden Machine & Fabrication, Inc.
PO Box 678
Holden, WV 25625

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$424.00

---

**3.42**

**Nonpriority creditor's name and mailing address**
Holland & Knight
10 St. James Ave.
Boston, MA 02116

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$0.00

---

**3.43**

**Nonpriority creditor's name and mailing address**
Holston Gases
1854 N Hwy 25 W
Williamsburg, KY 40769

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$0.00

---

**3.44**

**Nonpriority creditor's name and mailing address**
Hydra Power
PO Box 539
Tazewell, VA 24651

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$0.00

---

**3.45**

**Nonpriority creditor's name and mailing address**
Innovative Wireless Technologies, Inc.
1100 Main Street
Lynchburg, VA 24504

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$0.00

---

**3.46**

**Nonpriority creditor's name and mailing address**
Jennmar Corp. of VA, Inc.
PO Box 640339
Pittsburgh, PA 15264-0339

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$0.00

---

| Debtor | INMET Mining, LLC | Case number (if known) | 23-70113-grs |
|---|---|---|---|
| | Name | | |

---

**3.47** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
Jones Oil Company, Inc.
PO Box 3427
Pikeville, KY 41502

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
JOY GLOBAL
Mining Machinery Division
PO Box 504794
Saint Louis, MO 63150-4797

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
Kanawha Scales and Systems Inc.
PO box 569
Poca, WV 25159

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
Kentucky Mine Supply Company
PO Box 779
Harlan, KY 40831

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,046,946.59
Kentucky Utilities Co.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
KJ Trucking & Rock Dust
2901 HWY 186
Middlesboro, KY 40965

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $97,651.89
Kopper Glo Mining
3271 Lakeside Drive
Lenoir City, TN 37772

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
Lawson Products, Inc.
8770 West Bryn Mawer Ave
Suite 900
Chicago, IL 60631

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| Debtor | INMET MINING, LLC | Case number (if known) | 23-70113-grs |
|---|---|---|---|
| | Name | | |

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

LM Wright Trucking, Inc.
PO Box 159
Isom, KY 41824

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Maggard Sales and Service
7915 South Fork Road
Pound, VA 24279

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Maria Trucking Co., Inc.
2858 Rose Ridge
Clintwood, VA 24228

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

McClung Logan Equipment Co., Inc.
PO Box 1158
Wise, VA 24293

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

McDowell Gear and Machine LLC
PO Box 1587
New Tazewell, TN 37824

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

MetLife
PO Box 783895
Philadelphia, PA 19178

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Mine Service Company
Hwy 15 South
PO Box 858
Hazard, KY 41702

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

Debtor    INMET Mining, LLC
_____
Name

Case number (if known)    23-70113-grs
_____

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|---|---|---|

Mountain Construction Co.
PO Box 269
Grays Knob, KY 40829

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16,300.23 |
|------|---|---|---|

NALCO Water
655 Lone Oak Drive
Saint Paul, MN 55121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $168,941.62 |
|------|---|---|---|

NewBridge Services, Inc.
200 N. Upper Street
Lexington, KY 40507

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $149,280.50 |
|------|---|---|---|

Obadiah Contracting & Excavation, LLC
459 Raleigh Drive
Partridge, KY 40862

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|---|---|---|

Phillip S Hall Company, LLC
1555 Right Fork Maces Creek Road
Viper, KY 41774

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $556,570.35 |
|------|---|---|---|

Phillips Global, Inc.
367 George Street
Beckley, WV 25801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|---|---|---|

Phoenix First Response
25 Allegheny Square
Glassport, PA 15045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|---|---|---|

Pinnacle Bank
1111 Northshore Drive
Knoxville, TN 37919

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Credit card purchases_

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Debtor   INMET Mining, LLC                                                              Case number (if known)   23-70113-grs
_____Name_____

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $844,195.28 |

Pinnacle Bank
1111 Northshore Drive
Knoxville, TN 37919

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Paycheck Protection Program

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

QUALITY MAGNETITE, LLC
PO BOx 671413
Dallas, TX 75267-1413

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |

Resource Development LLC
One Alpha Place
Bristol, VA 24202

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Wheelage

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

Richwood Industries, Inc.
707 7th Street West
PO Box 1298
Huntington, WV 25714-1298

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☐ No   ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

Ronald Bailey DBA Ron Bailey Trucking
PO Box 310
Dryden, VA 24243

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

S & S Service Inc.
PO Box R
Cumberland, KY 40823

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

S.E.P.T.I.C., Inc.
4404 Greenbrier Road
Haysi, VA 24256

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

Sandvik Mining and Construction USA, LLC
Company Code 4684
Dept CH-10576
Palatine, IL 60055-0576

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

Debtor    INMET Mining, LLC
_____                 Case number (if known)    23-70113-grs
Name

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Schanabel Engineering, LLC
9800 JEB Stuart Pkwy
Suite 200
Glen Allen, VA 23059

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

SGS North America Inc.
248 Harrogate Industrial Drive
Harrogate, TN 37752

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $80,550.00 |
|---|---|---|---|

Shaw Heavy Equipment
404 East Fourth Street
Sparta, IL 62286

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $20,585.00 |
|---|---|---|---|

SNF Mining Inc.
1 CHEMICAL PLANT RD.
Riceboro, GA 31323

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Stahura Conveyor Products, Inc.
PO Box 250
465 Williams Road
Lewisville, NC 27023

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Strata Safety Products, LLC
8995 Rosewell Road
Suite 200
Atlanta, GA 30350

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Terraces Office Park, LLC
8858 Cedar Springs Lane
Knoxville, TN 37923

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Rent

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Timberline Barns, LLC
21680 Wilderness Road
Rose Hill, VA 24281

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| Debtor | INMET Mining, LLC | Case number (if known) | 23-70113-grs |
|---|---|---|---|
| | Name | | |

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Triple H Real Estate, LLC
c/o Wall & Associates, PLLC
1025 Main Street
Milton, WV 25541

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Royalty_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

United Central Industrial Supply Co, LLC
PO Box 743849
Atlanta, GA 30374-3849

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66,048.00

United Industrial Services, Inc.
PO Box D
101 Spruce Street
Rich Creek, VA 24147

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Valley Mine Service, Inc.
PO Box 57
Speedwell, TN 37870

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Verizon
PO box 15124
Albany, NY 12212-5124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Windstream
PO Box 9001908
Louisville, KY 40290-1908

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Woodway Stone Company
PO Box 307
Pennington Gap, VA 24277

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Worldwide Equipment Inc.
c/o ProBilling & funding Service
PO Box 2222
Decatur, AL 35609-2222

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor | INMET Mining, LLC | Case number (if known) | 23-70113-grs |
|--------|-------------------|------------------------|--------------|
| | Name | | |

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Capital One, N.A.<br>PO Box 30285<br>Salt Lake City, UT 84130 | Line  3.20<br><br>☐  Not listed. Explain ____ | _ |
| 4.2 | Kentucky Department of Revenue<br>PO Box 5222<br>Frankfort, KY 40602 | Line  2.3<br><br>☐  Not listed. Explain ____ | _ |
| 4.3 | Pinnacle Financial Partners Bank<br>150 Third Ave. S.<br>Suite 900<br>Nashville, TN 37201 | Line  3.70<br><br>☐  Not listed. Explain ____ | _ |
| 4.4 | Resource Development, LLC<br>340 Martin Luther King Jr. Blvd.<br>Bristol, TN 37620 | Line  3.73<br><br>☐  Not listed. Explain ____ | _ |
| 4.5 | Resource Land Company, LLC<br>One Alpha Place<br>Bristol, VA 24202 | Line  3.73<br><br>☐  Not listed. Explain ____ | _ |
| 4.6 | Resource Land Company, LLC<br>340 Martin Luther King Jr. Blvd.<br>Bristol, TN 37620 | Line  3.73<br><br>☐  Not listed. Explain ____ | _ |
| 4.7 | Travis A. McRoberts, Esq.<br>Squire Patton Boggs LLP<br>220 Ross Avenue<br>Suite 4100W<br>Dallas, TX 75201 | Line  3.9<br><br>☐  Not listed. Explain ____ | _ |
| 4.8 | Triple H Real Estate, LLC<br>1051 Main Street<br>Milton, WV 25541 | Line  3.87<br><br>☐  Not listed. Explain ____ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $  3,633,347.44 |
| 5b. Total claims from Part 2 | 5b. +  | $  22,219,656.49 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $  25,853,003.93 |

**<u>ADDITIONAL PARTIES</u>**

Anderson Equipment Company
1000 Washington Pike
Bridgeville, PA 15017

Triple H Real Estate, LLC
c/o Wall & Associates, PLLC
1025 Main Street
Milton, WV 25541

Triple H Real Estate, LLC
1051 Main Street
Milton, WV 25541

Resource Development, LLC
One Alpha Place
Bristol, VA 24202

Resource Development, LLC
340 Martin Luther King Jr. Blvd.
Bristol, TN 37620

Resource Land Company, LLC
One Alpha Place
Bristol, VA 24202

Resource Land Company, LLC
340 Martin Luther King Jr. Blvd.
Bristol, TN 37620

Dynatech Electronics, Inc.
P.O Box 884
Harlan, KY 40831

Harold D. Kelly, Sr.
Gladys Kelly
Stella L. Kelly
Betty Jo Kelly
P.O. Box 113
Closplint, KY 40927

Henry Kelly
P.O. Box 122
Poor Ridge Road
Lancaster, KY 40444

Stray Bullet Transportation, LLC
282 Letcher Circle
Bean Station, TN 37708

Dave B. Jordan, PC
121 Wendover Dr.
Kingsport, TN 37663

Empower Retirement Services
8515 East Orchard Road
Englewood, CO 80111

Innovative Wireless Technologies, Inc.
1100 Main Street
Lynchburg, VA 24504

Paylocity Corporation
1400 American Lane
Schaumburg, IL 60173

4th Gen Fuels
P.O. Box 298
Grays Knob, KY 40829

JW Construction
P.O. Box 2470
Wise, VA 24293

**Fill in this information to identify the case:**

Debtor name ____INMET Mining, LLC_____

United States Bankruptcy Court for the: ____EASTERN DISTRICT OF KENTUCKY____

Case number (if known) ____23-70113-grs_____

☒ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | Landowner and wheelage rights |
| State the term remaining | |
| List the contract number of any government contract | Eversole Heirs<br>PO Box 747<br>Harlan, KY 40831 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | Wheelage rights 11/21/1988; Eversole Lease (Owl, Darby, and Kellioka) 10/2/2020; Lease agreement (Was Seam, Wallins Seam, Clover Fork, etc.) 2/24/2023 |
| State the term remaining | |
| List the contract number of any government contract | Margaret Eversole Edwards<br>1620 Travler Road<br>Lexington, KY 40504 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | Eversole Lease 10/2/2020; Lease Agreement (Wax Seam, Wallins Seam, Clover Fork, etc.) (2/24/2023) |
| State the term remaining | |
| List the contract number of any government contract | Kentucky River Properties LLC<br>360 E. Vine Street<br>Suite 310<br>Lexington, KY 40507 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1    INMET Mining, LLC
_____          Case number (*if known*)    23-70113-grs
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.4. State what the contract or lease is for and the nature of the debtor's interest — Landowner | |
| State the term remaining | |
| List the contract number of any government contract | NRP Coal Mining 5260 Irwin Road Huntington, WV 25705 |
| 2.5. State what the contract or lease is for and the nature of the debtor's interest — Landowner | |
| State the term remaining | |
| List the contract number of any government contract | Penn Virginia Operating Co., LLC Seven Sheridan Square Suite 400 Kingsport, TN 37660 |
| 2.6. State what the contract or lease is for and the nature of the debtor's interest — Wheelage rights 8/1/2022 | |
| State the term remaining | |
| List the contract number of any government contract | Stephanie McCarthy 1660 Eden Ave. Bogart, GA 30622 |
| 2.7. State what the contract or lease is for and the nature of the debtor's interest — Wheelage rights | |
| State the term remaining | |
| List the contract number of any government contract | Barnwell Heirs c/o Spilman Thomas & Battle, PLLC 310 First Street Suite 1100 Roanoke, VA 24002 |
| 2.8. State what the contract or lease is for and the nature of the debtor's interest — Wheelage rights 8/1/2022 | |
| State the term remaining | |
| List the contract number of any government contract | Billie Barnwell 638 Wolfskin Road Arnoldsville, GA 30619 |

Debtor 1   INMET Mining, LLC _____   Case number (*if known*) __23-70113-grs__
        First Name        Middle Name        Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.9. State what the contract or lease is for and the nature of the debtor's interest | Wheelage rights 8/1/2022 |
| State the term remaining | |
| List the contract number of any government contract | Darrell Barnwell 5700 Bayshore Road Lot 39 Palmetto, FL 34221 |
| 2.10. State what the contract or lease is for and the nature of the debtor's interest | Wheelage rights 8/1/2022 |
| State the term remaining | |
| List the contract number of any government contract | Carolyn Petry 1560 Hatteras Trail Grayson, GA 30017 |
| 2.11. State what the contract or lease is for and the nature of the debtor's interest | Coal lease 11/16/1988 |
| State the term remaining | |
| List the contract number of any government contract | Angie S. Francis, et. al 5948 A Gunbarrel Avenue Boulder, CO 80301 |
| 2.12. State what the contract or lease is for and the nature of the debtor's interest | Coal leases 4/27/1994, 2/1/2003, 9/24/2008 |
| State the term remaining | |
| List the contract number of any government contract | Pardee Minerals, LLC 1500 Chestnut Street Suite 2 #1950 Philadelphia, PA 19102 |
| 2.13. State what the contract or lease is for and the nature of the debtor's interest | Surface lease 6/1/1995 |
| State the term remaining | |
| List the contract number of any government contract | Seaside Holdings, Inc. 352 Sunnybrook Lane El Cajon, CA 92021 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Debtor 1 __INMET Mining, LLC_____     Case number *(if known)* __23-70113-grs__
    First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.14.** State what the contract or lease is for and the nature of the debtor's interest — Coal leases 4/29/1996, 4/26/1996, 4/30/1996, 11/21/1996, 11/21/1996

State the term remaining

List the contract number of any government contract

Daniel Blair
PO BOx 447
Wallins Creek, KY 40873

**2.15.** State what the contract or lease is for and the nature of the debtor's interest — Coal lease 4/29/1996

State the term remaining

List the contract number of any government contract

Billy and Alice Black
1028 Baldwin Street
Grand Rapids, MI 49506

**2.16.** State what the contract or lease is for and the nature of the debtor's interest — Coal lease 5/28/1996

State the term remaining

List the contract number of any government contract

Harold D. Kelly, Sr.
Gladys Kelly
Stella L. Kelly
Betty Jo Kelly
PO Box 122
Poor Ridge Road
Lancaster, KY 40444

**2.17.** State what the contract or lease is for and the nature of the debtor's interest — Coal lease 7/11/1996

State the term remaining

List the contract number of any government contract

Henry Kelly

**2.18.** State what the contract or lease is for and the nature of the debtor's interest — Coal lease 7/18/1996

State the term remaining

List the contract number of any government contract

Geraldine Kelly & Ralph H. Kent

Debtor 1   INMET Mining, LLC
_____
First Name          Middle Name          Last Name

Case number (*if known*)   23-70113-grs
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.19.** State what the contract or lease is for and the nature of the debtor's interest | Coal lease 10/9/1997 |
| State the term remaining | |
| List the contract number of any government contract | Murl and Virginia M. Thomas<br>PO Box 232<br>Lynch, KY 40855 |
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest | Coal lease 6/26/1997, 6/26/1997 |
| State the term remaining | |
| List the contract number of any government contract | Misty M. Thomas & Toby L. Clark<br>68 Hall Branch Road<br>Mary Alice, KY 40964 |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest | Coal lease 11/11/2004 |
| State the term remaining | |
| List the contract number of any government contract | Tammy and Rick McQueen<br>508 Creech Avenue<br>Cumberland, KY 40823 |
| **2.22.** State what the contract or lease is for and the nature of the debtor's interest | Coal lease 11/11/2004 |
| State the term remaining | |
| List the contract number of any government contract | Frances G. Fields<br>PO Box 265<br>Cumberland, KY 40823 |
| **2.23.** State what the contract or lease is for and the nature of the debtor's interest | Surface lease (out) 8/20/2009 |
| State the term remaining | |
| List the contract number of any government contract | Huff Settlement Church<br>35 Sizemore Street<br>Closplint, KY 40927 |

Debtor 1  INMET Mining, LLC
_____
First Name          Middle Name          Last Name

Case number (if known)    23-70113-grs
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | Office lease 1/5/2012 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Wyvonne Fields |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | Surface lease 6/12/2002 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Glen Strickland and Robert Strickland<br>8615 Lamont Court<br>Manassas, VA 20110 |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | Surface lease 5/28/2008 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Norfolk Southern Railway Company<br>1200 Peachtree St NE (15th)<br>Atlanta, GA 30309 |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | Surface/Mineral lease<br>5/15/2012 and 10/2/2013 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Lewis Burney Jr & Jacqueline L., et al<br>3216 Benefit Road<br>Chesapeake, VA 23322 |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | Surface/ Mineral lease<br>9/14/2011 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Robert E. Hall, et al.<br>817 Yellowstone Road<br>Valparasio 46386 |

Debtor 1   INMET Mining, LLC
_____          Case number (if known)   23-70113-grs
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.29.** State what the contract or lease is for and the nature of the debtor's interest | Surface/ Mineral lease 6/22/2007 |
| State the term remaining | |
| List the contract number of any government contract | Yvonne Deal, et al. PO Box 316 Cumberland, KY 40823 |
| **2.30.** State what the contract or lease is for and the nature of the debtor's interest | Surface/ Mineral lease 6/22/2007 |
| State the term remaining | |
| List the contract number of any government contract | Darlene Hall PO Box 743 Cumberland, KY 40823 |
| **2.31.** State what the contract or lease is for and the nature of the debtor's interest | Surface/ Mineral lease 11/13/2009 |
| State the term remaining | |
| List the contract number of any government contract | Charles E. and Sandra K. Shivel, et al PO Box 1197 Big Timber, MT 59011 |
| **2.32.** State what the contract or lease is for and the nature of the debtor's interest | Surface/ Mineral lease 11/15/2010 |
| State the term remaining | |
| List the contract number of any government contract | Charles Henson, et al. 239 Long Point Drive Rock Island, TN 38581 |
| **2.33.** State what the contract or lease is for and the nature of the debtor's interest | Surface/ Mineral lease 2/25/2011 |
| State the term remaining | |
| List the contract number of any government contract | Dart Keith and Melissa Mitchell, et al. 864 Surratt Road Denton, NC 27239 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    INMET Mining, LLC
_____
First Name          Middle Name          Last Name

Case number (*if known*)    23-70113-grs
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | Surface/ Mineral lease 9/14/2011 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Jonathan D. Hedden, et al. 970 S. Portland Avenue Gilbert, AZ 85296-8920 |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | Surface/ Mineral lease 6/30/2008 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Bobby J. Sr., Arnette, et al. 411 North Daleville Avenue Daleville, AL 36322 |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | Surface/ Mineral lease 4/29/2009 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | A&G Coal Corporation PO Box 1010 6250 Hurricane Road Wise, WV 24293 |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | Surface/ Mineral lease 1/17/2013 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Windstream Kentucky East LLC 828 Lane Allen Road Suite 219 Lexington, KY 40504 |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | Surface/ Mineral lease 1/1/2014 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Old Virginia Services, LLC 15247 Whispering Wind Circle Montpelier, VA 23192 |

Debtor 1 __INMET Mining, LLC_____

First Name          Middle Name          Last Name

Case number *(if known)*  __23-70113-grs_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.39.** State what the contract or lease is for and the nature of the debtor's interest    Surface/ Mineral lease 10/2/2013 <br><br> State the term remaining <br><br> List the contract number of any government contract | <br><br><br><br> Burney Jr. and Jacqueline L. Lewis |
| **2.40.** State what the contract or lease is for and the nature of the debtor's interest    Surface/ Mineral lease 12/13/2012, 12/31/2012 <br><br> State the term remaining <br><br> List the contract number of any government contract | <br><br><br> Commonwealth of Kentucky <br> Transportation Cabinet <br> 1231 Wilkinson Blvd <br> Frankfort, KY 40601 |
| **2.41.** State what the contract or lease is for and the nature of the debtor's interest    Surface/ Mineral lease 7/15/2015 <br><br> State the term remaining <br><br> List the contract number of any government contract | <br><br><br> East Kentucky Network, LLC <br> Land One Alpha Place <br> PO Box 16429 <br> Bristol, VA 24202 |
| **2.42.** State what the contract or lease is for and the nature of the debtor's interest    Surface/ Mineral lease 8/29/2001, 9/30/2007 <br><br> State the term remaining <br><br> List the contract number of any government contract | <br><br><br><br> Interstate Railroad Company |
| **2.43.** State what the contract or lease is for and the nature of the debtor's interest    Surface/ Mineral lease 6/24/2013 <br><br> State the term remaining <br><br> List the contract number of any government contract | <br><br><br> Commonwealth of Virginia <br> Dept. of Mines, Minerals and Energy <br> 900 Natural Resources Drive. <br> Charlottesville, VA 22903 |

Debtor 1    INMET Mining, LLC
_____    Case number (*if known*)    23-70113-grs
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | Surface/ Mineral lease 9/16/2013 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Commonwealth of Virginia PO Box 2448 Richmond, VA 23218 |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | Surface/ Mineral lease 1/24/2013 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | VA Dept. of Mines, Minerals & Energy Division of Mined Land Reclamation 3405 Mountain Empire Rd. Big Stone Gap, VA 24219 |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | Surface/ Mineral lease 6/21/2012 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Abba and Company |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | Employment agreemnet | |
|---|---|---|---|
| | State the term remaining | 9 months | |
| | List the contract number of any government contract | _____ | Jeff Strobel 17688 West Hampton Woods Drive Wildwood, MO 63005 |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | Consolidated Coal Lease dated September 1, 2019 - Norton and Letcher Counties Kentucky and Lee and Wise Counties, Virginia; including amendments and MOU | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Penn Virginia Operating Co., LLC Seven Sheridan Square Suite 400 Kingsport, TN 37660 |

| Debtor 1 | INMET Mining, LLC | | | Case number (*if known*) | 23-70113-grs |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | Coal Facility Lease and Operating Agreement dated September 1, 2019 - Wise County and Pigeon Creek, including amendment and MOU | |
|---|---|---|---|
| | State the term remaining | | Penn Virginia Operating Co., LLC |
| | List the contract number of any government contract | | Seven Sheridan Square Suite 400 Kingsport, TN 37660 |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | 10/1/2021 Coal Mining Lease (lease 8222) | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | ACIN LLC/ Natural Resource Partners 5260 Irwin Rd. Huntington, WV 25705 |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | 4 leases relating to Pigeon Creek | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | ACIN LLC/ Natural Resource Partners |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | Master Coal Purchase and Sale Agreement, with all amendments, annexes, confirmations, guarantees, throughput agreements, security agreements, and ancillary documents, including all subsequent documents relating to the Master Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Black Mountain Marketing & Sales |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 __INMET Mining, LLC_____     Case number (*if known*)___23-70113-grs_____

  First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.53.** State what the contract or lease is for and the nature of the debtor's interest | Coal Marketing Agreement, with all amendments, annexes, and ancillary documents, including all subsequent documents relating to the CMA |
| State the term remaining | |
| List the contract number of any government contract _____ | Black Mountain Marketing & Sales |
| **2.54.** State what the contract or lease is for and the nature of the debtor's interest | Consulting agreement and amendments thereto for services to INMET Mining, LLC |
| State the term remaining | 9 months |
| List the contract number of any government contract _____ | Black Fuel Energy, LLC 3649 Waterside Way Louisville, TN 37777 |
| **2.55.** State what the contract or lease is for and the nature of the debtor's interest | Services Contract 10/15/2020 |
| State the term remaining | |
| List the contract number of any government contract _____ | Aquatic Resources Management, LLC 2554 Palumbo Drive Lexington, KY 40509 |
| **2.56.** State what the contract or lease is for and the nature of the debtor's interest | Lease agreement (Was Seam, Wallins Seam, Clover Fork, etc.) 2/24/2023 |
| State the term remaining | |
| List the contract number of any government contract _____ | Courtenay Eversole 899 Pine Street, Apt. 1507 San Francisco, CA 94108 |
| **2.57.** State what the contract or lease is for and the nature of the debtor's interest | Eversole Lease 10/2/2020 |
| State the term remaining | |
| List the contract number of any government contract _____ | Courtenay Eversole 899 Pine Street, Apt. 1507 San Francisco, CA 94108 |

Debtor 1    INMET Mining, LLC _____    Case number *(if known)*   23-70113-grs _____
    First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | Bonding and surety agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Cumberland Surety, Inc.<br>200 N. Upper Street<br>Lexington, KY 40507 |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | Contract coal trucking agreement 10/15/2019 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Damon Williams Trucking, Inc.<br>PO Box 518<br>Grays Knob, KY 40829 |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | Commercial lines package policy #30035629 (5/12/2023) | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Federal Insurance Company<br>c/o Chubb<br>2001 Bryan Street, Suite 3600<br>Dallas, TX 75201 |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | Automobile insurance policy #73602227 (5/12/2023) | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Federal Insurance Company<br>c/o Chubb<br>2001 Bryan Street, Suite 3600<br>Dallas, TX 75201 |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | Lease (office space) 10/1/2019 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Harlan Countians for Progress<br>200 Waldon Road<br>Suite 100<br>Harlan, KY 40831 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1   INMET Mining, LLC _____     Case number (if known)   23-70113-grs
       First Name        Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | Wheelage rights 8/1/2022 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Harlan Lee Land, LLC<br>PO Box 965<br>Mount Jackson, VA 22842 |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | Cave Branch trucking contract 3/30/2023 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | LM Wright Trucking, Inc.<br>PO Box 159<br>Isom, KY 41824 |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | Orchard Branch trucking contract 3/30/2023 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | LM Wright Trucking, Inc.<br>PO Box 159<br>Isom, KY 41824 |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | Workers compensation and employers liability insurance policy 9/30/2022 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Rockwood Casualty Insurance Company<br>654 Main Street<br>Rockwood, PA 15557 |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | Coal Lease 8/19/2005 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Tammy and Rick McQueen<br>4526 Cloverlick Road<br>Cumberland, KY 40823 |

| Debtor 1 | INMET Mining, LLC | | | Case number (*if known*) | 23-70113-grs |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | Pollution liability insurance policy #37311726 | |
|---|---|---|---|
| | State the term remaining | | Vigilant Insurance Company c/o Chubb 2001 Bryan Street, Suite 3600 Dallas, TX 75201 |
| | List the contract number of any government contract | | |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | Eversole Lease 10/2/2020 | |
|---|---|---|---|
| | State the term remaining | | Virgil Eversole III and Shelley Eversole PO Box 747 Harlan, KY 40831 |
| | List the contract number of any government contract | | |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | Lease agreement (Wax Seam, Wallins Seam, Clover Fork, etc.) 2/24/2023 | |
|---|---|---|---|
| | State the term remaining | | Virgil Eversole III and Shelley Eversole PO Box 507 Harlan, KY 40831 |
| | List the contract number of any government contract | | |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | Knoxville office lease 6/12/2015 (assigned 1/21/2021) | |
|---|---|---|---|
| | State the term remaining | | Terraces Office Park, LLC 8858 Cedar Springs Lane Suite 5000 Knoxville, TN 37923 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor 1 | INMET Mining, LLC | | | Case number *(if known)* | 23-70113-grs |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | Group Policy #5983177 ( renews annually on March 1st)  - coverage includes Accident Plan, Basic Life, Critical Illness, Hospital Indemnity, Hospital and HRA certificates/policies Group Policy #TM 05983177-G (supplemental life and AD&D policy) | |
| | State the term remaining | | Metropolitan Life Insurance Company |
| | List the contract number of any government contract | | 200 Park Avenue New York, NY 10166 |
| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | Administrative Services Agreement relating to Health Reimbursement Account management for employees (March 2023) | |
| | State the term remaining | | BCBS of Tennessee |
| | List the contract number of any government contract | | Group Receipts Department PO Box 6539 Carol Stream, IL 60197-6539 |
| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | Policy #606382 021 (group long-term disability), Policy #606382 011 (group short-term disability), 8/13/2018 (policies renew annually) | |
| | State the term remaining | | Unum Life Insurance Company of America |
| | List the contract number of any government contract | | 221 Congress Street Portland, ME 04122 |
| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | Continuous miner rebuild contract | |
| | State the term remaining | | Phillips Global, Inc. |
| | List the contract number of any government contract | | 367 George Street Beckley, WV 25801 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor 1  INMET Mining, LLC                                                          Case number (*if known*)    23-70113-grs
   First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | Bath House construction contract (3/8/2023) |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Obadiah Contracting & Excavation, LLC<br>459 Raleigh Drive<br>Partridge, KY 40862 |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | Osaka Mine trucking agreement (10/2019) |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Bresee Trucking Inc.<br>PO Drawer 520<br>Big Stone Gap, VA 24219 |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | Coal lease 5/28/1996 |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Betty Jo Kelly<br>68 Amaroo Ridge<br>Sylva, NC 28779 |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | Coal trucking agreement (10/7/2019) |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Vernon Lamar II LLC<br>PO Box 237<br>Grays Knob, KY 40829 |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | Sublease (out) 3/1/2005 |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Resource Development, LLC<br>One Alpha Place<br>Bristol, VA 24202 |

Debtor 1    INMET Mining, LLC

First Name          Middle Name          Last Name

Case number (*if known*)    23-70113-grs

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | Sublease (out) 3/1/2005 (additional notice address) | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Resource Development, LLC 340 Martin Luther King Jr. Blvd. Bristol, TN 37620 |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | Sublease (out) 3/1/2005 (additional notice address) | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Resource Land Company, LLC One Alpha Place Bristol, VA 24202 |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | Sublease (out) 3/1/2005 (additional notice address) | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Resource Land Company, LLC 340 Martin Luther King Jr. Blvd. Bristol, TN 37620 |

**Fill in this information to identify the case:**

Debtor name ___INMET Mining, LLC___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF KENTUCKY___

Case number (if known) ___23-70113-grs___

☒ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue**<br>Check all that apply | **Gross revenue**<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From 01/01/2023 to Filing Date | ☒ Operating a business<br><br>☐ Other _____ | $58,570,577.16 |
   | For prior year:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br><br>☐ Other _____ | $167,090,101.00 |
   | For year before that:<br>From 01/01/2021 to 12/31/2021 | ☒ Operating a business<br><br>☐ Other _____ | $54,130,104.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | | **Description of sources of revenue** | **Gross revenue from each source**<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   INMET Mining, LLC                                        Case number (if known) 23-70113-grs

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. Action Auto Supply<br>6298 Highway 15<br>Whitesburg, KY 41858 | 1/4/23-4/4/23 | $16,550.31 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. Alliance Service, Inc.<br>1717 South Boulder Ave.<br>Suite 400<br>Tulsa, OK 74119 | 1/4/23-4/4/23 | $399,215.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.3. American Mine Power, Inc.<br>PO Box 1602<br>Crab Orchard, WV 25827 | 1/4/23-4/4/23 | $232,176.95 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. ARAMARK<br>PO Box 731676<br>Dallas, TX 75373 | 1/4/23-4/4/23 | $40,559.41 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. Boyd Cat<br>2200 South Kentucky Avenue<br>Corbin, KY 40701 | 1/4/23-4/4/23 | $957,435.39 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. BreakThru Construction Co., Inc.<br>PO Box 108<br>Appalachia, VA 24216 | 1/4/23-4/4/23 | $192,881.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. Brooks Tire Service<br>PO Box 96<br>Fourmile, KY 40939 | 14/23-4/4/23 | $561,608.42 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. Buchanan Pump Serivce<br>PO Box 827<br>Pound, VA 24279 | 1/4/23-4/4/23 | $209,261.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. Carter Machine Company, Inc.<br>PO Box 751053<br>Charlotte, NC 28275-1053 | 1/4/23-4/4/23 | $137,344.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    INMET Mining, LLC                                          Case number *(if known)*  23-70113-grs

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.10. Caterpillar Finance<br>2120 West End Avenue<br>Nashville, TN 37203 | 1/4/23-4/4/23 | $371,455.35 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. Combs Equipment Group, LLC<br>PO Box 573<br>Pineville, KY 40977 | 1/4/23-4/4/23 | $1,864,019.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. Conn-Weld Industries, Inc.<br>PO Box 5329<br>Princeton, WV 24740-5329 | 1/4/23-4/4/23 | $36,606.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. Cumberland Mine Service, Inc.<br>PO Box 394<br>Cumberland, KY 40823 | 1/4/23-4/4/23 | $169,980.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. Cumberland Surety, Inc.<br>200 N. Upper Street<br>Lexington, KY 40507 | 1/4/23-4/4/23 | $455,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. Damon Williams Trucking, Inc.<br>PO Box 518<br>Grays Knob, KY 40829 | 1/4/23-4/4/23 | $646,495.73 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.16. Dean Knuckles Enterprises, Inc.<br>PO Box 532<br>Pineville, KY 40977 | 1/4/23-4/4/23 | $927,605.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.17. Dynatech Electronics, Inc.<br>PO Box 884<br>Harlan, KY 40831 | 1/4/23-4/4/23 | $617,618.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.18. EZ Haul, Inc.<br>8133 US HWY 23 South<br>Pikeville, KY 41501 | 1/4/23-4/4/23 | $41,950.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |

Debtor   INMET Mining, LLC                                                    Case number (if known)   23-70113-grs

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.19. | GardaWorld Security Services<br>PO Box 843886<br>Kansas City, MO 64184 | 1/4/23-4/4/23 | $322,266.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.20. | General Engineering Company<br>26485 Hillman HWY<br>Abingdon, VA 24212 | 1/4/23-4/4/23 | $465,279.85 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21. | Gibson Welding & Machinery Inc.<br>7936 Carter Branch Road<br>Wise, VA 24293 | 1/4/23-4/4/23 | $25,612.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. | Holland & Knight<br>10 St. James Ave.<br>Boston, MA 02116 | 1/4/23-4/4/23 | $102,657.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.23. | Holston Gases<br>1854 N Hwy 25 W<br>Williamsburg, KY 40769 | 1/4/23-4/4/23 | $85,390.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.24. | Jones Oil Company, Inc.<br>PO Box 3427<br>Pikeville, KY 41502 | 1/4/23-4/4/23 | $817,263.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☒ Other  Returned $209,000 when<br>received notice of the petition |
| 3.25. | JOY GLOBAL<br>Mining Machinery Division<br>PO Box 504794<br>Saint Louis, MO 63150-4797 | 1/4/23-4/4/23 | $772,881.61 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.26. | Kanawha Scales and Systems Inc.<br>PO box 569<br>Poca, WV 25159 | 1/4/23-4/4/23 | $88,426.99 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.27. | Kentucky Mine Supply Company<br>PO Box 779<br>Harlan, KY 40831 | 1/4/23-4/4/23 | $259,808.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor    INMET Mining, LLC                                                           Case number *(if known)*   23-70113-grs

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.28. | Kentucky Utilities Co. | 1/4/23-4/4/23 | $3,177,979.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.29. | KJ Trucking & Rock Dust<br>2901 HWY 186<br>Middlesboro, KY 40965 | 1/4/23-4/4/23 | $241,522.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.30. | LM Wright Trucking, Inc.<br>PO Box 159<br>Isom, KY 41824 | 1/4/23-4/4/23 | $2,175,709.19 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.31. | Maggard Sales and Service<br>7915 South Fork Road<br>Pound, VA 24279 | 1/4/23-4/4/23 | $190,560.65 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.32. | McClung Logan Equipment Co., Inc.<br>PO Box 1158<br>Wise, VA 24293 | 1/4/23-4/4/23 | $53,549.53 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.33. | MetLife<br>PO Box 783895<br>Philadelphia, PA 19178 | 1/4/23-4/4/23 | $139,405.29 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.34. | Mine Service Company<br>Hwy 15 South<br>PO Box 858<br>Hazard, KY 41702 | 1/4/23-4/4/23 | $3,691,086.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.35. | Mountain Construction Co.<br>PO Box 269<br>Grays Knob, KY 40829 | 3/29/2023 | $137,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.36. | Obadiah Contracting & Excavation, LLC<br>459 Raleigh Drive<br>Partridge, KY 40862 | 1/4/23-4/4/23 | $254,780.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    INMET Mining, LLC                                                Case number *(if known)*  23-70113-grs

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.37. | Phillip S Hall Company, LLC<br>1555 Right Fork Maces Creek Road<br>Viper, KY 41774 | 1/4/23-4/4/23 | $244,800.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.38. | Pinnacle Bank<br>1111 Northshore Drive<br>Knoxville, TN 37919 | 1/4/23-4/4/23<br>- CC account<br>$222,550.55<br>and loans<br>$105,522.41 | $328,072.96 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.39. | QUALITY MAGNETITE, LLC<br>PO BOx 671413<br>Dallas, TX 75267-1413 | 1/4/23-4/4/23 | $143,924.83 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.40. | Richwood Industries, Inc.<br>707 7th Street West<br>PO Box 1298<br>Huntington, WV 25714-1298 | 1/4/23-4/4/23 | $134,327.47 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.41. | S & S Service Inc.<br>PO Box R<br>Cumberland, KY 40823 | 1/4/23-4/4/23 | $937,107.79 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.42. | SGS North America Inc.<br>248 Harrogate Industrial Drive<br>Harrogate, TN 37752 | 1/4/23-4/4/23 | $96,901.11 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.43. | Shaw Heavy Equipment<br>404 East Fourth Street<br>Sparta, IL 62286 | 1/4/23-4/4/23 | $290,428.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.44. | Strata Safety Products, LLC<br>8995 Rosewell Road<br>Suite 200<br>Atlanta, GA 30350 | 1/4/23-4/4/23 | $347,798.21 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.45. | United Central Industrial Supply Co, LLC<br>PO Box 743849<br>Atlanta, GA 30374-3849 | 1/4/23-4/4/23 | $190,416.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor    INMET Mining, LLC                                                          Case number *(if known)*  23-70113-grs

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.46. | United Industrial Services, Inc.<br>PO Box D<br>101 Spruce Street<br>Rich Creek, VA 24147 | 1/4/23-4/4/23 | $789,262.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.47. | VA DMME<br>3405 Mountain Empire Rd.<br>Big Stone Gap, VA 24219 | 1/4/23-4/4/23 | $24,474.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.48. | Valley Mine Service, Inc.<br>PO Box 57<br>Speedwell, TN 37870 | | $200,829.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.49. | Woodway Stone Company<br>PO Box 307<br>Pennington Gap, VA 24277 | | $122,338.42 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.50. | Hinkle Lumber<br>PO Box 471<br>Warfield, KY 41267 | 1/4/23-4/4/23 | $94,531.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.51. | Dillion Block<br>PO Box 160<br>Swords Creek, VA 24649 | 1/4/23-4/4/23 | $71,522.85 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.52. | KY Gem , Inc.<br>PO Box 517<br>Middlesboro, KY 40965 | 1/4/23-4/4/23 | $525,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.53. | Hills Fuel Trucking, Inc.<br>PO Box 148<br>Fries, VA 24330 | 1/4/23-4/4/23 | $1,031,719.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.54. | Belt Tech Inc.<br>PO Box 608<br>Bluefield, VA 24605 | 1/4/23-4/4/23 | $184,447.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    INMET Mining, LLC                                            Case number (if known)  23-70113-grs

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.55. | SNF Mining, Inc.<br>PO Box 405655<br>Atlanta, GA 30384 | 1/4/23-4/4/23 | $231,289.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.56. | Stray Bullet Transportation, LLC | 1/4/23-4/4/23 | $55,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.57. | AAA Mine Service, Inc.<br>18 Mountain view Drive<br>Hazard, KY 41701 | 1/4/23-4/4/23 | $19,446.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.58. | Access Cable Television, Inc.<br>302 Enterprise Drive<br>Somerset, KY 42501 | 1/4/23-4/4/23 | $6,514.73 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.59. | Advance Auto Parts<br>1310 East Main Street<br>Cumberland, KY 40823 | 1/4/23-4/4/23 | $49,662.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.60. | Alpha Technologies, Inc.<br>PO Box 1114<br>Scott Depot, WV 25560 | 1/4/23-4/4/23 | $516.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.61. | American Mine Research, Inc.<br>PO Box 234<br>12187 North Scenic Highway<br>Rocky Gap, VA 24366 | 1/4/23-4/4/23 | $4,662.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.62. | Aquatic Resources Management, LLC<br>2554 Palumbo Drive<br>Lexington, KY 40509 | 1/4/23-4/4/23 | $171,090.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.63. | Andy Sharrett<br>953 Greenleaf Road<br>Abingdon, VA 24212 | 1/4/23-4/4/23 | $175.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    INMET Mining, LLC                                                           Case number *(if known)*  23-70113-grs

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.64. Ashby & Geddes, P.A.<br>500 Delaware Ave # 8<br>Wilmington, DE 19801 | 1/4/23-4/4/23 | $10,619.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.65. AT&T<br>PO Box 105262<br>Atlanta, GA 30348 | 1/4/23-4/4/23 | $2,104.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.66. Anthony Worley<br>315 Bell Avenue<br>Appalachia, VA 24216 | 1/4/23-4/4/23 | $200.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.67. The Bailey Company<br>501 Cowan Street<br>Nashville, TN 37207 | 1/4/23-4/4/23 | $6,585.22 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.68. Ball Office Machines<br>55 Thompson Branch Road<br>Cawood, KY 40815 | 1/4/23-4/4/23 | $3,168.34 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.69. BCBS of Tennessee<br>Group Receipts Department<br>PO Box 6539<br>Carol Stream, IL 60197-6539 | 1/4/23-4/4/23 | $1,085,580.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other__Includes HRA transfers<br>and insurance payments__ |
| 3.70. B&F Parts and Serivce<br>PO Box 1966<br>Cedar Bluff, VA 24609 | 1/4/23-4/4/23 | $6,700.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.71. Black Fuel Energy, LLC<br>3649 Waterside Way<br>Louisville, TN 37777 | 1/4/23-4/4/23 | $410,931.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.72. Blair Tire Sales<br>3309 Temple Hill Road<br>Erwin, TN 37650 | 1/4/23-4/4/23 | $360,130.12 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    INMET Mining, LLC                                                                  Case number *(if known)*   23-70113-grs

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.73. | Black Mountain Utility District<br>609 Four Mile Road<br>Baxter, KY 40806 | 1/4/23-4/4/23 | $518.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.74. | Blossman Companies, Inc.<br>PO Drawer 1110<br>Ocean Springs, MS 39566-1110 | 1/4/23-4/4/23 | $159.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.75. | Blue Ridge Diesel Injection<br>1016 Delaware Street<br>PO Box 867<br>Salem, VA 24153 | 1/4/23-4/4/23 | $37,786.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.76. | Brandeis<br>Department 80013<br>Carol Stream, IL 60122-8013 | 1/4/23-4/4/23 | $20,855.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.77. | Bresee Trucking Inc.<br>PO Drawer 520<br>Big Stone Gap, VA 24219 | 1/4/23-4/4/23 | $3,100.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.78. | Brian's Battery Service<br>PO Box 963<br>Harlan, KY 40831 | 1/4/23-4/4/23 | $26,868.26 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.79. | Byron's Printing, Inc.<br>4430 Singleton Station Road<br>Louisville, TN 37777 | 1/4/23-4/4/23 | $3,171.85 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.80. | Capital One, N.A.<br>c/o American Inforsource as agent<br>PO Box 71083<br>Charlotte, NC 28272 | 1/4/23-4/4/23 | $299.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.81. | Carroll Engineering Co.<br>PO Box 741245<br>Atlanta, GA 30384-1245 | 1/4/23-4/4/23 | $10,325.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    INMET Mining, LLC                                                                 Case number *(if known)*    23-70113-grs

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.82. Caudill Seed<br>1402 W Main Street<br>Louisville, KY 40203 | 1/4/23-4/4/23 | $441.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.83. Clifford Berry, Jr.<br>15229 S HWY 421<br>Manchester, KY 40962 | 1/4/23-4/4/23 | $668.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.84. CED<br>1135 East 192 ByPass<br>London, KY 40741 | 1/4/23-4/4/23 | $3,006.05 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.85. Ceramic Technologies, Inc.<br>606 Wardell Industrial Park<br>Cedar Bluff, VA 24609 | 1/4/23-4/4/23 | $9,950.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.86. Chubb<br>PO Box 382001<br>Pittsburgh, PA 15250-8001 | 1/4/23-4/4/23 | $117,681.83 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.87. Cincinnati Mine Machinery Co.<br>PO Box 23128<br>Cincinnati, OH 45223-0128 | 1/4/23-4/4/23 | $4,784.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.88. Civil, LLC<br>287 Farmers Mill Road<br>Harlan, KY 40831 | 1/4/23-4/4/23 | $5,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.89. Cogar Manufacturing, Inc.<br>PO Box 498<br>Pearisburg, VA 24134 | 1/4/23-4/4/23 | $25,154.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.90. Comcast Business<br>PO Box 71211<br>Charlotte, NC 28272-1211 | 1/4/23-4/4/23 | $1,435.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    INMET Mining, LLC _____    Case number *(if known)*  23-70113-grs

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.91 | Comcast<br>PO Box 37601<br>Philadelphia, PA 19101-0601 | 1/4/23-4/4/23 | $963.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.92 | Computers Etc.<br>130 Perimeter Park Drive<br>Suite E<br>Knoxville, TN 37922 | 1/4/23-4/4/23 | $24,214.95 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.93 | Continental Global Handling LLC<br>438 Industrial Drive<br>Winfield, AL 35594 | 1/4/23-4/4/23 | $12,142.29 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.94 | CS&C<br>PO Box 4003<br>Pikeville, KY 41502 | 1/4/23-4/4/23 | $8,934.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.95 | CSX Transportation<br>PO Box 532652<br>Atlanta, GA 30353 | 1/4/23-4/4/23 | $500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.96 | Craig Travis<br>780 Kensington Drive<br>London, KY 40744 | 1/4/23-4/4/23 | $356.94 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.97 | Cumberland Valley Electric<br>PO Box 440<br>Gray, KY 40734 | 1/4/23-4/4/23 | $144,496.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.98 | Cumberland Water Works<br>205 Kingdom Come Drive<br>Cumberland, KY 40823 | 1/4/23-4/4/23 | $280.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.99 | Custom Software Solutions<br>PO Box 829<br>Princeton, WV 24740 | 1/4/23-4/4/23 | $3,129.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    INMET Mining, LLC                                                              Case number (if known)    23-70113-grs

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.10 0. | Danny Ray Simpson, Jr<br>114 Eula Gray St.<br>Harlan, KY 40831 | 1/4/23-4/4/23 | $1,600.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10 1. | Dr. Abdul Kader Dahhan MD PSC<br>120 Professional Lane<br>Suite 101<br>Harlan, KY 40831 | 1/4/23-4/4/23 | $13,065.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10 2. | David Creech<br>24570 N US HWY 19<br>Cumberland, KY 40823 | 1/4/23-4/4/23 | $1,700.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10 3. | DG Trucking and Equipment<br>1282 Robinson Creek Road<br>Lily, KY 40740 | 1/4/23-4/4/23 | $35,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10 4. | Don Hacker<br>420 Reeder Loop Road<br>Barbourville, KY 40906 | 1/4/23-4/4/23 | $232.47 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10 5. | Dallas Hubbard<br>PO Box 226<br>Calvin, KY 40813 | 1/4/23-4/4/23 | $76.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10 6. | Dinsmore and Shohl, LLP<br>PO Box 639038<br>Cincinnati, OH 45263 | 1/4/23-4/4/23 | $46,838.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10 7. | Dave B. Jordan, PC<br>4130 Fort Henry Dr.<br>Kingsport, TN 37663 | 1/4/23-4/4/23 | $45,002.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10 8. | Double R Trucking Company, Inc.<br>10136 Jefferson Road<br>Coeburn, VA 24230 | 1/4/23-4/4/23 | $458,776.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor    INMET Mining, LLC                                         Case number (if known)  23-70113-grs

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|---|
| 3.10 9. | David Patterson PO Box 837 Clintwood, VA 24228 | 1/4/23-4/4/23 | $188.32 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.11 0. | Drives and Conveyors PO Box 399 Corbin, KY 40702 | 1/4/23-4/4/23 | $22,814.22 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.11 1. | Rick Sage DBA D&R Lawn Care 315 Kildav Loop Evarts, KY 40828 | 4/1/23-4/4/23 | $12,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.11 2. | DTS Drug Testing Services PO Box 314 Wise, VA 24293 | 1/4/23-4/4/23 | $1,435.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.11 3. | DW Pump Enterprise LLC 2112 Roscommon Drive Bristol, TN 37620 | 1/4/23-4/4/23 | $35,880.68 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.11 4. | Elgin Separation Solutions 5595 HWY 34 North Raleigh, IL 62977 | 1/4/23-4/4/23 | $325.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.11 5. | Empower Retirement Services 8515 East Orchard Road Englewood, CO 80111 | 1/4/23-4/4/23 | $559,810.57 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.11 6. | Chemstream, Inc. 511 Railroad Ave Homer City, PA 15748 | 1/4/23-4/4/23 | $12,457.50 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.11 7. | Evan's Equipment 401 N. Outer Road Concordia, MO 64020 | 1/4/23-4/4/23 | $950,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

Debtor    INMET Mining, LLC                                                    Case number *(if known)*  23-70113-grs

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.11 8. | Eversole Heirs PO Box 747 Harlan, KY 40831 | 1/4/23-4/4/23 | $32,253.98 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.11 9. | FLSMIDTH, Inc. Charleston Operations 16002 Winfield Road Fraziers Bottom, WV 25082 | 1/4/23-4/4/23 | $2,621.44 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.12 0. | Gainwell Engineering Inc. PO Box 57 Hico, WV 25854 | 1/4/23-4/4/23 | $8,985.65 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.12 1. | George & Company Tax Consulting Inc. 594 Rose Jones Lane London, KY 40744 | 1/4/23-4/4/23 | $132,872.23 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.12 2. | GMS Mine Repair & Maintenance 32 Enterprise Drive Oakland, MD 21550 | 1/4/23-4/4/23 | $75,840.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.12 3. | Golden Logging PO Box 125 Artemus, KY 40903 | 1/4/23-4/4/23 | $1,940.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.12 4. | Grace Equipment Company PO Box 2157 Williamson, WV 25661 | 1/4/23-4/4/23 | $21,662.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.12 5. | Gary Rutherford 5831 Luray Lane Pound, VA 24279 | 1/4/23-4/4/23 | $200.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.12 6. | Harlan County Clerk PO Box 670 Harlan, KY 40831 | 1/4/23-4/4/23 | $227.50 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    INMET Mining, LLC                                                    Case number (if known)  23-70113-grs

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.12 7. | Harlan 2 Way, Inc.<br>2415 W Hwy 72<br>Harlan, KY 40831 | | $7,727.41 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12 8. | Harlan Countians for Progress<br>200 Waldon Road<br>Suite 100<br>Harlan, KY 40831 | | $11,026.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12 9. | Harlan County Sheriff<br>PO Box 978<br>Harlan, KY 40831 | | $6,817.97 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13 0. | Harlan Glass Services, Inc.<br>PO Box 726<br>Harlan, KY 40831 | | $731.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13 1. | Harlan County High School<br>4000 North US 119<br>Baxter, KY 40806 | | $500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13 2. | Harlan Port-O-John, Inc.<br>PO Box 1368<br>Harlan, KY 40831 | | $17,160.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13 3. | Harlan Community television, Inc.<br>124 1st ST<br>Harlan, KY 40831 | | $275.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13 4. | Head Investment Partners<br>2280 Valley Vista Way<br>Knoxville, TN 37932 | | $4,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13 5. | HEH Enterprise, LLC<br>10227 Coeburn Mountain Road<br>Wise, VA 24293 | | $18,435.26 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   INMET Mining, LLC                                                    Case number (if known)  23-70113-grs

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.13 6. | Highland Industries<br>PO Box 1190<br>Oak Hill, WV 25901 | | $145,489.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13 7. | Hill's Machine Shop<br>526 HWY 3403<br>Partridge, KY 40862 | | $4,864.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13 8. | Holden Machine & Fabrication, Inc.<br>PO Box 678<br>Holden, WV 25625 | | $44,699.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13 9. | Howard Engineering<br>PO Box 271<br>Harlan, KY 40831 | | $66,620.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14 0. | Hughes Network Systems, Inc.<br>PO Box 96874<br>Chicago, IL 60693-6874 | | $2,872.38 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14 1. | Hydra Power<br>PO Box 539<br>Tazewell, VA 24651 | | $55,551.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14 2. | Industrial Supply Co.<br>PO Box 1906<br>Knoxville, TN 37901 | | $191,166.01 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14 3. | Ingersoll Rand Company<br>3200 Northwest Park Drive<br>Knoxville, TN 37921 | | $1,935.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14 4. | IPFS Corporation<br>24722 Network Place<br>Chicago, IL 60673 | | $24,490.02 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   INMET Mining, LLC                                      Case number *(if known)*   23-70113-grs

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.14<br>5. Innovative Wireless Technologies | | $115,933.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14<br>6. JADCO Manufacturing<br>PO box 465<br>Zelienople, PA 16063 | | $21,707.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14<br>7. Jennmar Corp. of VA, Inc.<br>PO Box 640339<br>Pittsburgh, PA 15264-0339 | | $137,055.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14<br>8. J. Hall Inc.<br>PO Box 128<br>Barbourville, KY 40906 | | $47,900.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14<br>9. J&L Bit Service, LLC<br>PO box 267<br>Pennington Gap, VA 24277 | | $52,700.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15<br>0. Johnson Industries, Inc.<br>101 Pine Fork<br>Pikeville, KY 41501 | | $9,678.79 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15<br>1. Kennametal<br>442 Chalybeate Rd<br>Bedford, PA 15522 | | $54,079.39 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15<br>2. Kentucky Department of Revenue<br>Frankfort, KY 40619-0001 | | $2,209,008.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15<br>3. K Y Industrial Sales, Inc.<br>PO Box 64<br>Duffield, VA 24244 | | $30,044.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   INMET Mining, LLC _____  Case number *(if known)* 23-70113-grs

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.15 4. | KY Reclamation Guaratee Fund<br>300 Sower Blvd<br>ATTN: Jeff O'Dell<br>Frankfort, KY 40601 | | $35,568.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15 5. | Kentucky River Properties LLC<br>360 E. Vine Street<br>Suite 310<br>Lexington, KY 40507 | | $16,127.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15 6. | Lacy Price & Wagner, PC<br>249 North Peters Road<br>Knoxville, TN 37923 | | $150,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15 7. | Lance Cunningham Ford<br>4104 Clinton Highway<br>Knoxville, TN 37912 | | $40,907.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15 8. | Lawson Products, Inc.<br>8770 West Bryn Mawer Ave<br>Suite 900<br>Chicago, IL 60631 | | $23,435.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15 9. | Lee County Treasurer<br>PO Box 70<br>Jonesville, VA 24263 | | $16,691.09 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16 0. | Maria Trucking | | $177,437.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16 1. | Martin Marietta Materials, Inc.<br>21042 HWY 160<br>Gordon, KY 41819 | | $33,103.43 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16 2. | MATTCO<br>65 Albert Lane<br>Harlan, KY 40831 | | $13,768.34 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    INMET Mining, LLC                                                    Case number *(if known)*  23-70113-grs

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.16<br>3.  McDowell Gear and Machine LLC<br>PO Box 1587<br>New Tazewell, TN 37824 | | $136,043.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16<br>4.  M&D Electrical Supplies, Inc.<br>PO Box 1038<br>Hazard, KY 41702 | | $35,994.38 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16<br>5.  Margaret Eversole Edwards<br>1620 Travler Road<br>Lexington, KY 40504 | | $16,127.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16<br>6.  M & H Contractors, LLC<br>PO Box 1397<br>Olive Branch, MS 38654 | | $626,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16<br>7.  Mineral Labs, Inc.<br>PO Box 549<br>Salyersville, KY 41465 | | $16,725.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16<br>8.  Morris Coker Inc.<br>PO Box 1106<br>Beckley, WV 25802 | | $99,788.63 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16<br>9.  Mine Safety and Health Administration<br>PO Box 790390<br>Saint Louis, MO 63179 | | $51,549.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17<br>0.  NRP Coal Mining<br>5260 Irwin Road<br>Huntington, WV 25705 | | $1,780,728.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17<br>1.  Ohio Valley Parts & Equipment, LLC<br>PO Box 122<br>Worthville, KY 41098 | | $16,400.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    INMET Mining, LLC                                    Case number *(if known)*   23-70113-grs

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.17<br>2. | Office of Surface Mining, Reclam & Enfor<br>PO Box 979068<br>Saint Louis, MO 63197 | | $19,066.37 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17<br>3. | Paylocity Corporation<br>1400 American Lane<br>Schaumburg, IL 60173 | | $10,134,806.61 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_Payroll_ |
| 3.17<br>4. | Penn Virginia Operating Co., LLC<br>Seven Sheridan Square<br>Suite 400<br>Kingsport, TN 37660 | | $1,061,880.54 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17<br>5. | Phillips Global, Inc.<br>367 George Street<br>Beckley, WV 25801 | | $9,300.89 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17<br>6. | Polydeck Screen Corporation<br>PO Box 602783<br>Charlotte, NC 28260 | | $16,980.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17<br>7. | Reeder Chevrolet<br>4301 Clinton Highway<br>Knoxville, TN 37912 | | $79,341.13 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17<br>8. | Rockwood Casualty Insurance Company<br>654 Main Street<br>Rockwood, PA 15557 | | $2,932,117.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17<br>9. | Rod Smith Law PLLC<br>108 1/2 Capitol Street, Suite 300<br>Charleston, WV 25301 | | $23,244.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18<br>0. | Sandvik Mining and Construction USA,<br>LLC<br>Company Code 4684<br>Dept CH-10576<br>Palatine, IL 60055-0576 | | $9,968.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    INMET Mining, LLC                                           Case number *(if known)*  23-70113-grs

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.18<br>1. | Schanabel Engineering, LLC<br>9800 JEB Stuart Pkwy<br>Suite 200<br>Glen Allen, VA 23059 | | $15,637.09 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18<br>2. | Kelles Greer Jr.<br>52 Reddington Road<br>Harlan, KY 40831 | | $12,932.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18<br>3. | Skye Equipment, LLC<br>5175 NC Hwy 49 South<br>Asheboro, NC 27205 | | $257,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18<br>4. | Southern Tire Mart, LLC<br>800 Highway 98<br>Columbia, MS 39429 | | $14,761.01 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18<br>5. | Kevin Harris<br>DBA Southern Hills Consulting<br>91 River Bend Lane<br>Totz, KY 40870 | | $11,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18<br>6. | Spilman Thomas & Battle, PLLC<br>310 First Street, Suite 100<br>Roanoke, VA 24011 | | $62,882.61 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18<br>7. | Stahura Conveyor Products, Inc.<br>PO Box 250<br>465 Williams Road<br>Lewisville, NC 27023 | | $9,291.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18<br>8. | Steptoe & Johnson PLLC<br>PO Box 1588707 Virginia St E<br>Charleston, WV 25301 | | $250,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18<br>9. | Sullivan Hazeltine Allinson LLC<br>919 N Market St.<br>Suite 420<br>Wilmington, DE 19801 | | $35,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor | INMET Mining, LLC | | Case number *(if known)* | 23-70113-grs |
|---|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.19 0. | Terraces Office Park, LLC 8858 Cedar Springs Lane Knoxville, TN 37923 | | $14,201.49 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.19 1. | Tri City Septic Tank Cleaning & Excavati 484 Readi Mix Road Harlan, KY 40831 | | $19,975.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.19 2. | Trey K Mining and Electric PO Box 235 Kimper, KY 41539 | | $22,093.63 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.19 3. | Tim Short 1935 US HWY 25E Middlesboro, KY 40965 | | $67,791.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.19 4. | Unum Life Insurance Company of America 221 Congress Street Portland, ME 04122 | | $59,846.12 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.19 5. | US Treasury US Army TARDEC Petroleum Laboratory 5085 U Avenue New Cumberland, PA 17070-5083 | | $58,739.13 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.19 6. | VEDCO Holdings, Inc. PO Box 1198 Vansant, VA 24656 | | $284,930.25 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.19 7. | Waste Connections of Kentucky PO Box 808 Lily, KY 40740 | | $51,575.16 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.19 8. | Weir Resources, LLC 1431 Opus Place, Suite 210 Downers Grove, IL 60515 | | $359,340.65 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    INMET Mining, LLC                                          Case number *(if known)*  23-70113-grs

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.199. Weir International, Inc. 1431 Opus Place, Suite 210 Downers Grove, IL 60515 | | $202,137.92 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.200. White Armature Works, Inc. PO Box 330 Mallory, WV 25634 | | $11,200.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.201. Treasurer of Wise County Commissioner of the Revenue PO Box 1278 Wise, VA 24293 | | $90,468.21 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.202. Worldwide Equipment Inc. c/o ProBilling & funding Service PO Box 2222 Decatur, AL 35609-2222 | | $14,191.17 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.203. West Virginia Electrical Repair, LLC PO Box 1022 Bluefield, VA 24605 | | $47,875.88 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.204. Xpress Services & Sales, Inc. 12744 Kingston Pike Suite202 Knoxville, TN 37934 | | $35,937.70 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.205. Anderson Equipment Company 1000 Washington Pike Bridgeville, PA 15017 | 2/28/23 | $1,107,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Hunter Hobson 3271 Lakeside Drive Lenoir City, TN 37772 Former CEO | Various dates | $1,037,761.48 | Mr. Hobson stated were for personal legal fees/bonuses |

| Debtor | INMET Mining, LLC | | Case number *(if known)* 23-70113-grs |
|---|---|---|---|

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2. Hunter Hobson 3271 Lakeside Drive Lenoir City, TN 37772 Former CEO | Various dates | $96,481.69 | Personal charges on company credit card |
| 4.3. Kopper Glo Mining 144 E Market Place Blvd. Knoxville, TN 37922 Affiliate | Various dates | $1,043,950.11 | Payments for business expenses and services |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. IRS Audit None | Audit related to black lung payments | | ☐ Pending ☐ On appeal ☒ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Debtor | INMET Mining, LLC | Case number *(if known)*  23-70113-grs |
|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Steptoe & Johnson PLLC<br>PO Box 1588707 Virginia St E<br>Charleston, WV 25301 | | 3/30/2023 | $250,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | Ashby & Geddes, P.A.<br>500 Delaware Ave # 8<br>Wilmington, DE 19801 | | 3/30/2023 | $10,619.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | Sullivan Hazeltine Allinson LLC<br>919 N Market St.<br>Suite 420<br>Wilmington, DE 19801 | | 3/22/2023 | $35,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within

| Debtor | INMET Mining, LLC | Case number *(if known)* | 23-70113-grs |

2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1. | Blackfuel Energy LLC<br>3649 Waterside Way<br>Louisville, TN 37777 | Cash payment | 3/10/2023 | $308,000.00 |
| | **Relationship to debtor**<br>Consultant | | | |

## Part 7:  Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8:  Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides<br>meals and housing,<br>number of patients in<br>debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☒ Yes. Does the debtor serve as plan administrator?

   ☒ No Go to Part 10.
   ☐ Yes. Fill in below:

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

| Debtor | INMET Mining, LLC | Case number (if known) | 23-70113-grs |

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| United Industrial Services, Inc. PO Box D 101 Spruce Street Rich Creek, VA 24147 | Deep Mine operations | Parts for consignment purposes | $100,000.00 |
| Owner's name and address | Location of the property | Describe the property | Value |
| SNF Mining Inc. PO Box 405655 Atlanta, g   40565 | Preparation plants | Chemicals for consignment purposes | $30,000.00 |
| Owner's name and address | Location of the property | Describe the property | Value |
| 4th Gen Fuels PO Box 298 Grays Knob, KY 40829 | Preparation plants | 3rd party coal for processing | Unknown |
| Owner's name and address | Location of the property | Describe the property | Value |
| JW Construction PO Box 2470 Wise, VA 24293 | Preparation plants | 3rd party coal for processing | Unknown |

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | INMET Mining, LLC | Case number *(if known)* | 23-70113-grs |
|---|---|---|---|

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No.
☒ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Wax Seam 25971 Kentucky Highway 38 Holmes Mill, KY 40843 | Kentucky Energy and Environment Cabinet Department of Natural Resources 300 Sower Blvd. Frankfort, KY 40601 | NNC #23-8467 | 2/22/2023 |
| Orchard Br. 24160 N. US Highway 119 Cumberland, KY 40823 | Kentucky Energy and Environment Cabinet Department of Natural Resources 300 Sower Blvd. Frankfort, KY 40601 | NNC #23-8364 | 4/6/2023 |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1. Industrial Mineral Group, LLC 144 E Market Place Blvd Knoxville, TN 37922 | Parent Company | **EIN:** 82-4352097 **From-To** 5/22/2018-Present |

26. **Books, records, and financial statements**

| Debtor | INMET Mining, LLC | Case number *(if known)* | 23-70113-grs |
|---|---|---|---|

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | Jason Prater<br>1834 Beechwood Court<br>Alcoa, TN 37701 | 2019-Present |
| 26a.2. | Anna Love<br>801 Cranfield Lane<br>Lenoir City, TN 37772 | 4/27/2020-1/31/2022 |
| 26a.3. | Brad White<br>1212 Hoss Road<br>Powell, TN 37849 | 10/18/2021-5/13/2022 |
| 26a.4. | Susan Massaro<br>807 Galloway Drive<br>Johnson City, TN 37601 | 6/13/2022-10/18/2022 |
| 26a.5. | Robin McCarter<br>6536 Red Ashe Road<br>Knoxville, TN 37918 | 2019-Present |
| 26a.6. | Jerri Woodard<br>805 W. Broadway Street<br>Lenoir City, TN 37771 | 12/2022-6/2023 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | Coulter & Justus PC<br>9717 Cogdill Road<br>Knoxville, TN 37932 | 2019-Present |

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.2. | Kruggel Lawton CPA<br>317 W. Franklin St.<br>Elkhart, IN 46516 | 2022-Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | INMET Mining LLC<br>144 E Market Place Blvd.<br>Knoxville, TN 37922 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | Pinnacle Bank<br>1111 Northshore Drive<br>Knoxville, TN 37919 |

Debtor    INMET Mining, LLC        Case number *(if known)*  23-70113-grs

| Name and address | |
|---|---|
| 26d.2. | Caterpillar Financial<br>PO Box 730681<br>Dallas, TX 75373 |
| 26d.3. | Indemnity National Insurance Company<br>200 N. Upper Street<br>Lexington, KY 40507 |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jerrod Freund | | Sole manager of Industrial Minerals Group | 0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeff Strobel | 17688 West Hampton Woods Drive<br>Wildwood, MO 63005 | Chief Restructuring Officer - Sole manager of INMET Mining LLC | 0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jason Prater | 1834 Beechwood Court<br>Alcoa, TN 37701 | Vice President and Controller | 0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dennis Kostic | 144 E Market Place Blvd.<br>Knoxville, TN 37922 | Chief Executive Officer | 0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Industrial Minerals Group, LLC | 144 E Market Place Blvd.<br>Knoxville, TN 37922 | Sole member | 100 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Hunter Hobson | 3271 Lakeside Drive<br>Lenoir City, TN 37772 | President | 2019-3/31/2023 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor      INMET Mining, LLC _____    Case number *(if known)*  23-70113-grs

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Hunter Hobson<br>3271 Lakeside Drive<br>Lenoir City, TN 37772 | $642,215.25 | 4/6/2022-4/5/2023 | Salary |
| **Relationship to debtor**<br>Former CEO | | | |
| 30.2. Hunter Hobson<br>3271 Lakeside Drive<br>Lenoir City, TN 37772 | $1,037,761.48 | Various | Claimed for legal fees and bonuses |
| **Relationship to debtor**<br>Former CEO | | | |
| 30.3. Hunter Hobson<br>3271 Lakeside Drive<br>Lenoir City, TN 37772 | 96,481.69 | Various | Personal charges on company credit card |
| **Relationship to debtor**<br>Former CEO | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☒ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Industrial Minerals Group, LLC | **EIN:** 82-4352097 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                                      Best Case Bankruptcy

Debtor   INMET Mining, LLC _____   Case number *(if known)*  23-70113-grs _____

---

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____June 27, 2023_____

_____        ____JEFFREY  W  STROBEL_____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor _____CFO_____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☒ No
☐ Yes