# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INMET Mining, LLC, | ) | Case No. 23-70113-grs |
| | ) | |
| Debtor. | ) | |
| | ) | Honorable Gregory R. Schaaf |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Clarissa D. Cu, depose and say that I am employed by Stretto, the proposed claims and noticing agent for the Debtor in the above-captioned case.

On August 28, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the party on the service list attached hereto as **Exhibit A**:

- **Joint Motion for Approval to Dispose of Documents and Records of Kopper Glo Mining, LLC** (Docket No. 660)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: August 28, 2023

/s/ Clarissa D. Cu
Clarissa D. Cu
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 714.716.1916
Email: TeamINMET@Stretto.com

# Exhibit A



**Exhibit A**

Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| State of Tennessee | Department of Environment and Conservation | Division of Mineral and Geologic Resources | Attn: Angela J. Hall, Compliance & Enforcement Coordinator | Knoxville Environmental Field Office, 3711 Middlebrook Pike | Knoxville | TN | 37921 |