**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| INMET MINING, LLC, | Case No. 23-70113-grs |
| Debtor. | Honorable Gregory R. Schaaf |

**ORDER SUSTAINING THE LIQUIDATING TRUST OF INMET MINING, LLC'S
THIRD OMNIBUS OBJECTION TO CLAIMS**

Upon consideration of *The Liquidating Trust of Inmet Mining, LLC's Third Omnibus Objection to Claims* (the "Objection")[1] filed by the Liquidating Trust of Inmet Mining, LLC (the "Trust"), as successor in interest to Inmet Mining, LLC the debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case, under section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and the Local Rules; and due and proper notice of the Objection having been given; and no other or further notice being required; and this Court having jurisdiction to consider the Objection in accordance with 28 U.S.C. §§ 157 and 1334; and this being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having considered the Objection and all responses to the Objection, if any; and after due deliberation thereon; and it appearing that the entry of this Order and granting the relief set forth herein are in the best interests of the Debtor and its bankruptcy estate; and good and sufficient cause appearing therefore, it is hereby

**ORDERED** that:

      1.     The Objection is Granted as set forth herein.

---

[1]    Capitalized terms used herein and not otherwise defined shall have the meanings given to them in the Objection.

2.      The American Mine Claim is reduced to a general unsecured claim in the amount of $35,300.

3.      The Kopper Glo Claim, Blue Tarpon Claim, Norfolk Claim and Rockwood Claim are all disallowed in their entirety.

4.      The Trust is hereby authorized to take all actions necessary or appropriate to give effect to this Order.

5.      The Court shall retain jurisdiction to interpret, implement and enforce the terms and provisions of this Order.

6.      Notwithsrtanding any Bankruptcy Rule to the contrary, this Order shall take effect immediately upon signature.

Tendered by:

/s/ James R. Irving
James R. Irving
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower, 101 S. Fifth Street
Louisville, Kentucky 40202
Telephone:  (502) 587-3606
E-mail:   james.irving@dentons.com

*Counsel to the Liquidating Trust*

23667007.v2