IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| INMET MINING, LLC,[1] | ) ) | Case No. 23-70113-grs |
| Debtor. | ) ) | Honorable Gregory R. Schaaf |

**NOTICE OF BLUEGRASS NATURAL RESOURCES, LLC REGARDING
DISPOSITION OF DOCUMENTS AND RECORDS OF KOPPER GLO MINING, LLC**

**NOTICE IS HEREBY GIVEN** that the Storage Period under the Order Regarding the Joint Motion for Approval to Dispose of Documents and Records of Kopper Glo Mining, LLC (D.I. 755) (the "Kopper Glo Records Order")[2] expired on March 5, 2024.

**NOTICE IS FURTHER GIVEN** the Blackjewel Liquidation Trust, Black Mountain Marketing and Sales, L.P., and Javelin Global Commodities (UK) Ltd (the "Requesting Parties") have made timely requests to take possession of and maintain copies of Kopper Glo's electronically stored information, including email correspondence and electronically stored documents (the "Kopper Glo ESI").

**NOTICE IS FURTHER GIVEN** no party has requested to take possession of any other Kopper Glo Materials, as provided for in the Kopper Glo Records Order.

**NOTICE IS FURTHER GIVEN** Bluegrass Natural Resources, LLC, formerly known as Bluegrass Energy, LLC ("Bluegrass"), is in the process of collecting, downloading, and copying the Kopper Glo ESI for possible turnover to the Requesting Parties and, accordingly, will retain

---

[1] The Debtor in this Chapter 11 Case is INMET Mining, LLC (last four digits of its federal tax identification number are 1693).

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Kopper Glo Records Order.

1

the Kopper Glo ESI pending its possible turnover to the Requesting Parties. Bluegrass will not destroy the Kopper Glo ESI without (a) ten days' further prior notice to the Requesting Parties and (b) in the event of a Requesting Party's timely objection thereto, the Bankruptcy Court's resolution thereof.

**NOTICE IS FURTHER GIVEN** that in accordance with the terms of the Kopper Glo Records Order, Bluegrass will destroy the remaining Kopper Glo Materials other than the Kopper Glo ESI.

Dated:  April 3, 2024

          */s/ Kevin W. Barrett*
Kevin W. Barrett (Admitted *pro hac vice)*
Daniel O'Hare (Admitted *pro hac vice*)
BAILEY & GLASSER, LLP
209 Capital Street
Charleston, WV 25301
Telephone: (646) 776-8580
Facsimile: (304) 342-1110
E-mail: kbarrett@baileyglasser.com
        dohare@baileyglasser.com

*Counsel for Bluegrass Natural Resources, LLC*

## CERTIFICATE OF SERVICE

I certify that on April 3, 2024, a copy of the foregoing *Notice* was filed electronically and that a copy was served upon (a) each of the parties as set forth in Exhibit 1 to the Kopper Glo Records Order and (b) registered ECF participants electronically through the Court's ECF System at the email addresses registered with the court.

Dated: April 3, 2024

*/s/ Kevin W. Barrett*
Kevin W. Barrett (Admitted *pro hac vice*)
BAILEY & GLASSER, LLP