IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

| | |
|---|---|
| In re:<br><br>INMET MINING, LLC[1]<br><br>                           Debtor. | Chapter 11<br><br>Case No. 23-70113-grs<br><br>Honorable Gregory R. Schaaf |

**NOTICE OF HEARING ON JOINT MOTION FOR ENTRY OF A STIPULATION AND AGREED ORDER AUTHORIZING BLACKJEWEL LIQUIDATION TRUST, LLC TO LITIGATE AN ACTION IN THE WEST VIRGINIA BANKRUPTCY COURT AND <u>BLUEGRASS NATURAL RESOURCES, LLC'S OBJECTION</u>**

      All parties shall take notice that on August 26, 2024 The Liquidating Trust of INMET Mining, LLC (the "INMET Trust"), by and through its trustee Evan Blum, and Blackjewel Liquidation Trust, LLC (the "Blackjewel Trust," together with the INMET Trust, the "Trusts"), by and through its trustee David J. Beckman (the "Trustee"), as successor for certain purposes to Blackjewel, L.L.C.; Blackjewel Holdings L.L.C.; Revelation Energy Holdings, LLC; Revelation Management Corporation; Revelation Energy, LLC; Dominion Coal Corporation; Harold Keene Coal Co. LLC; Vansant Coal Corporation; and Lone Mountain Processing, LLC (collectively, the "Blackjewel Debtors") filed their Joint Motion for Entry of a Stipulation and Agreed Order Authorizing Blackjewel Liquidation Trust, LLC to Litigate an Action in the West Virginia Bankruptcy Court (Docket No. 943) (the "Joint Motion").

      All parties shall take further notice that on September 10, 2024, Bluegrass Natural Resources, LLC ("Bluegrass") filed its Objection to the Joint Motion (Docket No. 945) (the "Objection").

---

[1] The former Debtor in this Chapter 11 case was INMET Mining, LLC, and the last four digits of its federal tax identification number were 1693.

Pursuant to the Court's Order (Docket No 946), Bluegrass hereby schedules this matter for a hearing on October 17, 2024 at 9:00 AM before the United States Bankruptcy Court for the Eastern District of Kentucky, Second Floor Courtroom, 100 East Vine Street, Lexington, Kentucky 40507. Pursuant to Rule 9014-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Kentucky, all responses to the Joint Motion or Objection must be filed at least three (3) days before the hearing date noted above.

Dated: September 12, 2024

/s/ Daniel M. O'Hare
Daniel M. O'Hare (admitted pro hac vice)
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, WV 25301
(304) 345.6555
dohare@baileyglasser.com
Counsel for Bluegrass Natural Resources, Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on September 12, 2024, a true and correct copy of this document was filed electronically with the United States Bankruptcy Court and served on those parties requesting electronic service via the Court's CM/ECF system. A true and correct copy of this document has been served by first-class mail to the following:

| | |
|---|---|
| Clerk of Court<br>U.S. Bankruptcy Court, Eastern District of Kentucky<br>100 E. Vine Street, Suite 200<br>Lexington, KY 40507-1430 | United States Trustee<br>John L. Daugherty, Esq.<br>Bradley M. Nerderman, Esq.<br>100 E. Vine St. #500<br>Lexington, KY 40507 |
| The Blackjewel Liquidation Trust, LLC<br>Stephen D. Lerner, Esq.<br>F. Maximilian Czernin, Esq.<br>S. Chad Meredith, Esq.<br>Kyle F. Arendsen, Esq.<br>201 E. Fourth Street, Suite 1900<br>Cincinnati, OH 45202 | The Liquidating Trust of INMET Mining, LLC<br>James R. Irving, Esq.<br>April A. Wimberg, Esq.<br>Dentons Bingham Greenebaum LLC<br>3500 PNC Tower<br>101 S. Fifth Street<br>Louisville, KY 40202 |

                                                                   */s/ Daniel M. O'Hare*
                                                                   Daniel M. O'Hare