## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## PIKEVILLE DIVISION

------------------------------------------------------x
In re:                                              :       Chapter 11
                                                    :
INMET MINING, LLC,[1]                               :       Case No. 23-70113-grs
                                                    :
               Debtor.            :       Hon. Gregory R. Schaaf
------------------------------------------------------x

## AGREED ORDER GRANTING JOINT
## MOTION TO ALLOW CLAIM IN AGREED AMOUNT

This matter, having come before the Court on the upon the *Joint Motion to Allow Claim in Agreed Amount* (the "Motion")[2], and the Court being duly and sufficiently advised;

IT IS HEREBY ORDERED AS FOLLOWS:

1.  The Motion is GRANTED.

2.  The KDOR Claim is allowed in the amount of $1,592,975.69 and shall have priority under section 507(a)(8) of the Bankruptcy Code. The Trust will pay the KDOR Claim along with all other Priority Claims and Priority Tax Claims, as defined by the Plan, in full within fourteen days of entry of this Order.

3.  Notwithstanding anything to the contrary in the Bankruptcy Code or Bankruptcy Rules, this Order shall be effective when entered on the docket.

---

[1] The former Debtor in this chapter 11 case was INMET Mining, LLC (last four digits of its federal tax identification number are 1693).

[2] Capitalized terms used herein and not otherwise defined shall have the meanings given to them in the Motion.

1

24718173.v4

Tendered By:

/s/ James R. Irving
James R. Irving (KBA # 96048)
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower, 101 S. Fifth Street
Louisville, KY 40202
Telephone:     (502) 587-3606
E-mail:        james.irving@dentons.com
               april.wimberg@dentons.com

*Counsel to the Liquidating Trust*

and

/s/ *Donald S. Guier*
Donald S. Guier
KENTUCKY DEPARTMENT OF REVENUE
PO Box 5222
Frankfort, KY 40602
Telephone:
E-mail:

*Counsel for the Kentucky Department of Revenue*

2

24718173.v4