## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## PIKEVILLE DIVISION

----------------------------------------------------------x
In re:                                                            :          Chapter 11
                                                                       :
INMET MINING, LLC,[1]                                   :          Case No. 23-70113-grs
                                                                       :
              Debtor.                                            :          Hon. Gregory R. Schaaf
----------------------------------------------------------x

### NOTICE OF INFORMAL OBJECTIONS TO
### THE JOINT MOTION OF THE LIQUIDATING TRUST
### OF INMET MINING, LLC AND THE KENTUCKY DEPARTMENT
### OF REVENUE TO ALLOW CLAIM NO. 1-1 IN AN AGREED AMOUNT

The Liquidating Trust of INMET Mining, LLC (the "INMET Trust") and Evan Blum, in his fiduciary capacity as Responsible Person for the INMET Trust, by and through their undersigned counsel, hereby gives notice that they have received informal objections from certain parties in interest in connection with the *Joint Motion of the Liquidating Trust of INMET Mining, LLC and the Kentucky Department of Revenue to Allow Claim No. 1-1 in an Agreed Amount* [Docket No. 963] (the "Motion").

Negotiations are ongoing between these parties in interest regarding the relief requested in the Motion. The INMET Trust hereby gives notice that it has agreed to toll the deadline to object or otherwise respond in connection with the Motion. The INMET Trust will re-notice the Motion for hearing following its resolution of the informal objections or if it is unable to resolve these informal objections.

[*remainder of this page intentionally left blank*]

---

[1] The former Debtor in this chapter 11 case was INMET Mining, LLC (last four digits of its federal tax identification number are 1693).

24816346.v2

Dated: June 4, 2025   Respectfully submitted,

*/s/ James R. Irving*
James R. Irving
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower
101 South Fifth Street
Louisville, Kentucky 40202
Phone: (502) 587-3606
Email: james.irving@dentons.com

*Counsel to the Trust and Responsible Person*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 4, 2024, a copy of the foregoing notice was filed electronically and served via the Court's CM/ECF system upon all parties who have appeared in this chapter 11 case.

*/s/ James R. Irving*
James R. Irving

2

24816346.v2